IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TELLABS OPERATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU LIMITED and FUJITSU NETWORK COMMUNICATIONS, INC.,<br><br>Defendants. | Civil Action No.<br><br>**JURY TRIAL DEMANDED**<br><br>FILED: JUNE 11, 2008<br>08CV3379<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE COLE<br>AEE |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Tellabs Operations, Inc. ("Tellabs") for its complaint of patent infringement against Defendants Fujitsu Limited ("Fujitsu") and Fujitsu Network Communications, Inc. ("FNC"), collectively referred to as "Defendants," demand a trial by jury, and state and allege as follows:

1. Tellabs Operations, Inc. is a Delaware corporation with its principal place of business at One Tellabs Center, 1415 West Diehl Road, Naperville, Illinois 60563. Tellabs Operations, Inc. is the owner of all rights in the Tellabs patent asserted herein.

2. Tellabs is the assignee and owner of all rights, title, and interest in U.S. Patent No. 7,369,772 ("the '772 patent"), entitled "Optical Line Terminal Arrangement, Apparatus and Methods." The '772 patent was duly and legally issued on May 6, 2008 by the United States Patent and Trademark Office. A true and correct copy of the '772 patent is attached hereto as Exhibit A.

3. On information and belief, Fujitsu is a corporation organized and existing under the laws of Japan and having a principal place of business at 1-1 Kamikodanaka 4-chome, Nakahara-ku, Kawasaki-shi, Kanagawa-ken, 211-8588 Japan and is doing business in the Northern District of Illinois and elsewhere in the State of Illinois.

4. On information and belief, FNC is a corporation organized and existing under the laws of California and having offices at 540 W. Madison St., Chicago, Illinois 60661 and 500 Park Blvd., Itasca, Illinois 60143 and is doing business in the Northern District of Illinois and elsewhere in the State of Illinois. FNC has a designated agent for service of process at 208 S. LaSalle St., Suite 814, Chicago, Illinois 60604.

5. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction over the matters complained of under 28 U.S.C. §§ 1331 and 1338.

6. Defendants make, import, use, offer to sell, and/or sell within the United States, including the State of Illinois and this judicial district, products including, but not limited to, systems, devices, or components thereof for optical add/drop multiplexing that infringe the '772 patent or whose use infringes the '772 patent. On information and belief, these products have been sold directly, or through other companies for resale, to customers for use in the United States and in this judicial district. Defendants reasonably expect, and have expected, that these products would be sold and operated in this judicial district.

7. Defendants are subject to personal jurisdiction in this judicial district because they have established minimum contacts with the forum such that the exercise of jurisdiction would

not offend traditional notions of fair play and substantial justice and have committed acts of infringement in this judicial district.

8. Venue is proper in this district and before this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

9. FNC, and on information and belief, Fujitsu, have been and are now infringing, actively inducing infringement of, and/or contributorily infringing the '772 patent, pursuant to 35 U.S.C. § 271. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of systems, devices, or components thereof, for optical add/drop multiplexing.

10. On information and belief, accused products, including, but not limited to, systems, devices, or components thereof for optical add/drop multiplexing which are used to practice the claims of the '772 patent, are known by Defendants to be especially made or adapted for use in an infringement of the '772 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing uses.

11. Defendants' past and continued acts of infringement of the '772 patent have injured Tellabs and thus Tellabs is entitled to recover compensatory damages for the infringement in an amount subject to proof at trial.

12. Defendants' infringement of Tellabs' exclusive rights under the '772 patent will continue to damage Tellabs' business, causing irreparable injury to Tellabs, for which there is no adequate remedy at law, unless Defendants are enjoined by this Court from further infringement.

13. On information and belief, Defendants' acts of infringement, if not ceased immediately, will be committed with full knowledge of Tellabs' rights under the '772 patent, and in willful and wanton disregard thereof, rendering this an exceptional case under 35 U.S.C. §§ 284 and 285.

## REQUEST FOR RELIEF

Wherefore, Tellabs respectfully requests that the Court:

A. order trial by jury on all issues so triable;

B. render judgment that Defendants have infringed the '772 patent;

C. find that Defendants' infringement of the '772 patent was willful;

D. issue preliminary and permanent injunctions preventing Defendants, and those in active concert with Defendants, from further infringement, inducement of infringement, or contributory infringement of the '772 patent;

E. award compensatory damages in an amount to be determined at trial;

4

F. award treble damages pursuant to 35 U.S.C. § 284;

G. award interest as allowed by law;

H. declare that this case is exceptional pursuant to 35 U.S.C. § 285, award costs and reasonable attorney fees incurred in connection with this action; and,

I. grant such other and further relief as the Court and the jury deem just and proper.

Dated: June 11, 2008

*[signature]*
David T. Pritikin
Richard A. Cederoth
Brian C. Bianco

SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

James P. Bradley
*Pro Hac Vice Application to be Filed*
Mark A. Dodd
*Pro Hac Vice Application to be Filed*

SIDLEY AUSTIN LLP
717 North Harwood
Suite 3400
Dallas, Texas 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

Attorneys For Plaintiff
Tellabs Operations, Inc.

5

# EXHIBIT A

US007369772B2

## (12) United States Patent
### Gerstel et al.

(10) Patent No.: **US 7,369,772 B2**
(45) Date of Patent: **May 6, 2008**

(54) **OPTICAL LINE TERMINAL ARRANGEMENT, APPARATUS AND METHODS**

(75) Inventors: **Ornan A. Gerstel**, Los Altos, CA (US); **Rajiv Ramaswami**, Sunnyvale, CA (US)

(73) Assignee: **Tellabs Operations, Inc.**, Naperville, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 592 days.

(21) Appl. No.: **10/737,765**

(22) Filed: **Dec. 18, 2003**

(65) **Prior Publication Data**

US 2004/0131356 A1    Jul. 8, 2004

### Related U.S. Application Data

(62) Division of application No. 09/293,775, filed on Apr. 19, 1999, now Pat. No. 6,721,508.

(60) Provisional application No. 60/112,510, filed on Dec. 14, 1998.

(51) Int. Cl.
*H04J 14/02* (2006.01)
*H04J 14/00* (2006.01)

(52) U.S. Cl. .................. 398/79; 398/82; 398/83; 398/45; 398/48

(58) Field of Classification Search .......... 398/45, 398/49, 50, 51, 54, 56, 57, 58, 59, 79, 82, 398/83, 43, 48, 66
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,821,255 A | 4/1989 | Kobrinski | 370/3 |
| 5,317,439 A | 5/1994 | Fatehi et al. | 359/110 |
| 5,457,556 A | 10/1995 | Shiragaki | 359/117 |
| 5,488,500 A | 1/1996 | Glance | 359/127 |
| 5,493,625 A | 2/1996 | Glance | 385/24 |
| 5,504,827 A | 4/1996 | Schimpe | 385/24 |
| 5,550,818 A * | 8/1996 | Brackett et al. | 370/395.51 |
| 5,675,676 A | 10/1997 | Yamashita et al. | 385/24 |
| 5,708,753 A | 1/1998 | Frigo et al. | 385/147 |
| 5,712,932 A | 1/1998 | Alexander et al. | 385/24 |
| 5,739,935 A | 4/1998 | Sabella | 359/128 |
| 5,760,934 A | 6/1998 | Sutter et al. | 359/119 |
| 5,771,112 A | 6/1998 | Hamel et al. | 359/128 |
| 5,777,761 A | 7/1998 | Fee | 359/110 |
| 5,778,118 A | 7/1998 | Sridhar | 385/24 |
| 5,867,289 A | 2/1999 | Gerstel et al. | 359/110 |
| 5,884,017 A | 3/1999 | Fee | 395/182.02 |

(Continued)

OTHER PUBLICATIONS

R. Ramaswami, "Multiwavelength Lightwave Networks for Computer Communication," IEEE Communications Magazine, pp. 78-88 (1993).

(Continued)

*Primary Examiner*—M. R. Sedighian
(74) *Attorney, Agent, or Firm*—Fitzpatrick, Cella, Harper & Scinto

(57) **ABSTRACT**

A wavelength division multiplexed optical communication system including a first optical line interface optically coupled to a first transponder and an optical demultiplexer through which the first optical line interface is not optically coupled to the first transponder. The system also includes a second optical line interface and at least one switch. The switch is operable to optically couple the second optical line interface to (a) the first optical line interface through at least the optical demultiplexer, and alternatively (b) the second transponder. A method for an optical add/drop multiplexing system also is provided.

**24 Claims, 6 Drawing Sheets**



# US 7,369,772 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,903,370 A * | 5/1999 | Johnson | 398/4 |
| 6,084,694 A | 7/2000 | Milton et al. | 359/124 |
| 6,295,146 B1 | 9/2001 | Nathan et al. | 359/119 |
| 6,493,117 B1 | 12/2002 | Milton et al. | 359/124 |
| 2002/0071154 A1 | 6/2002 | Gerstel et al. | 359/124 |

## OTHER PUBLICATIONS

R. Ramaswami et al., "Design of Logical Topologies for Wavelength-Routed Optical Networks," IEEE Journal on Selected Areas in Communications, V. 14, N. 5, pp.840-851 (1996).

O. Gerstel et al., " Cost Effective Traffic Grooming in WDM Rings," IEEE Infocom, San Francisco, Mar. 29-Apr. 2, 1998, pp. 69-77.

R. Ramaswami et al., "Routing and Wavelength Assignment in All-Optical Networks," IEEE/ACM Transactions on Networking, V. 3, No. 5, pp. 489-500 (1995).

R. Ramaswami et al., "Multiwavelength Optical Networks with Limited Wavelength Conversion," IEEE Infocom, vol. 2, pp. 489-498, 1997.

R. Ramaswami et al., *Optical Networks, A Practical Perspective*, Academic Press (1998). (Complete Book).

* cited by examiner

**FIG. 1**



**FIG. 2**



## FIG. 3



# FIG. 4



# FIG. 5



# FIG. 6



# FIG. 7



FIG. 8



# OPTICAL LINE TERMINAL ARRANGEMENT, APPARATUS AND METHODS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a division of application Ser. No. 09/293,775, filed Apr. 19, 1999, now U.S. Pat. No. 6,721,508 which claims the benefit of U.S. Provisional Application No. 60/112,510, filed Dec. 14, 1998.

## FIELD OF THE INVENTION

The invention is in the field of optical telecommunications, and more particularly, pertains to upgrading an in-service wavelength division multiplexed (WDM) optical communication system including a pair of optical line terminals (OLTs) that reside in the same office and are part of separate WDM networks to form an all optical pass-through from the line side of one OLT of the pair to the line side of the other OLT of the pair.

## BACKGROUND OF THE INVENTION

Wavelength division multiplexing (WDM) is an approach for increasing the capacity of existing fiber optic networks. A WDM system employs plural optical signal channels, each channel being assigned a particular channel wavelength. In a WDM system optical signal channels are generated, multiplexed to form an optical signal comprised of the individual optical signal channels, transmitted over a single waveguide, and demultiplexed such that each channel wavelength is individually routed to a designated receiver.

## SUMMARY OF THE INVENTION

In typical wavelength division multiplexing systems all wavelengths are constrained to pass through from a source optical node to a predetermined sink optical node.

In view of the above it is an aspect of the invention to selectively pass-through, add or drop individual wavelengths at selected optical nodes.

It is another aspect of the invention to utilize optical line terminals having all-optical pass-through interfaces that provide for continued transmission of optical signals without any intervening electro-optical conversion, and to connect two optical line terminals back-to-back at their respective pass-through interfaces to provide an optical path from the line side interface of the first optical line terminal to the line side interface of the second optical line terminal.

It is yet another aspect of the invention to utilize optical line terminals having a multiplexer/demultiplexer including one or more stages for inputting/outputting individual wavelengths or bands of a predetermined number of wavelengths, or a combination of bands and individual wavelengths.

It is a further aspect of the invention to utilize the optical line terminals to support complex mesh network structures while permitting growth of an in-service network without disrupting network service.

It is yet a further aspect of the invention to provide a wavelength division multiplexed optical communication system including a plurality of optical line terminals, each having a line interface and an all-optical pass-through interface including a plurality of pass-through optical ports and each also including a plurality of local optical ports and an optical multiplexer/demultiplexer for multiplexing/demulti-

2

plexing transmitted/received wavelengths. The optical multiplexer/demultiplexer may include one or more stages for inputting/outputting individual wavelengths or bands of a predetermined number of wavelengths, or a combination of bands and individual wavelengths, with at least one of the pass-through optical ports of one of the optical line terminals being connected to at least one of the pass-through optical ports of another optical line terminal to form an optical path from the line side interface of the one of the optical line terminals to the line side interface of the another optical line terminal.

These and other aspects and advantages of the invention will be apparent to those of skill in the art from the following detailed description.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of an optical line terminal;

FIG. 2 is a flow chart of the control steps executed by the controller 10 of FIG. 1;

FIG. 3 is a block diagram of an optical line terminal having a two-stage multiplexer/demultiplexer;

FIG. 4 is a schematic diagram representative of the optical line terminal of FIG. 1 or FIG. 3;

FIG. 5 is a schematic diagram of two optical line terminals such as in FIG. 4 being connected back-to-back;

FIG. 6 is a diagram illustrating how at least two separate point-to-point WDM systems can be upgraded while in-service to form a merged point-to-point WDM system;

FIG. 7 is a diagram illustrating how at least two separate network WDM systems can be upgraded while in-service to form a merged network WDM system; and

FIG. 8 illustrates a mesh connection between a plurality of optical line terminals.

## DETAILED DESCRIPTION

FIG. 1 is a block diagram of an optical line terminal (OLT) 2 which is the basic element of the present embodiment. The OLT 2 has an input/output line interface 4 which is connected to an external fiber facility and transmits/receives an optical signal having N optical wavelengths, for example 32 wavelengths, on a single optical fiber which is multiplexed/demultiplexed by a multiplexer/demultiplexer 6, which outputs demultiplexed wavelengths $\lambda 1$-$\lambda N$ on individual optical fibers. The respective wavelengths $\lambda 1$-$\lambda N$ are sent either to a peer OLT via a pass-through port or to client equipment via a transponder and a local port. The client equipment includes SONET equipment, add/drop multiplexers, cross-connect switches, internet protocol (IP) routers, asynchronous transfer mode switches (ATM) and the like.

As employed herein an optical signal is generally intended to encompass wavelengths in the range of approximately 300 nanometers to approximately 2000 nanometers (UV to far IR). This range of wavelengths can be accommodated by the preferred type of optical conductor (a fiber optic), which typically operates in the range of approximately 800 nanometers to approximately 1600 nanometers.

Consider $\lambda 1$ which is provided to a 1×2 switch 8 which is controlled by a control signal, having at least N states, from a controller 10. The controller 10 responds to a command, from a management system (not shown), at a terminal 12 to provide the control signal at a terminal 14 and then to control terminal 16 of switch 8 to position the switch 8 in a first or second position. When in the first position, $\lambda 1$ is provided to a transponder 18 which transmits $\lambda 1$ to a client apparatus 20

3

via a local port 19. When in the second position λ1 is provided to a pass-through port 22 to a corresponding pass-through port in a peer OLT 24. The control signal is also provided to output terminal 15, and then to control terminal 16 of a corresponding switch 8 in peer OLT 24 to route λ1 to the corresponding multiplexer/demultiplexer 6. If it is desired to send λ1 to both client apparatus 20 and peer OLT 24, an optical splitter can be used in place of the switch 8.

Switch 26 selects λ1 coming from the opposite direction in response to a control signal at terminal 28 from controller 10 to position switch 26 in a first or second position. When in the first position, λ1 is received from client 20 via local port 19 and transponder 18, and when in the second position λ1 is received from peer OLT 24 via pass-through port 22, and then is provided to multiplexer/demultiplex 6 to be multiplexed with the other received wavelengths λ2-λN.

A wavelength can be directly passed-through to a peer OLT rather than being sent to a client apparatus. For example, λ2 is directly sent to, and received from, peer OLT 30 via pass-through port 32.

A 1×N switch can be used to send/receive a wavelength to/from one of N−1 peer OLTs or a client apparatus. For example, 1×N switch 34 under control of a control signal, having at least N states, provided to terminal 36 from controller 10 sends λ3 to either peer OLT 38 via pass-through port 40, or peer OLT 42 via pass-through port 44, or peer OLT 46 via pass-through port 48 or client apparatus 50 via transponder 52 and local port 53. Reception of λ3 in the opposite direction is controlled by N×1 switch 54 under control of a control signal provided to terminal 56 from controller 10, and than is provided to multiplexer/demultiplexer 6 to be multiplexed with the other received wavelengths.

As discussed above, a wavelength can be passed-through to a peer OLT via a pass-through port or can be optically switched to a client apparatus via a local port. λN is shown as being directly passed through to, or received from, peer OLT 60 via pass-through port 62.

FIG. 2 is a flow chart of the steps performed by the controller 10 of FIG. 1 to control the 1×2 switches 8 and 26, and the 1×N switches 34 and 54 to route the respective wavelengths λ1-λN.

In step S101 the controller 10 waits for a command from a management system such as a computer (not shown). At step S102 a determination is made as to whether or not the command is a switch control signal to either pass-through the wavelength via a pass-through port to a peer OLT or drop/add the wavelength locally at/from a client apparatus via a transponder and a local port. If the answer is no, the command is handled by another interface (not shown) at step S103. If the answer is yes, a signal is sent to switch A (for example switch 8 or 34) to move switch A to transmit position X (the selected position) at step S104, and at S105 a signal is sent to switch B (for example switch 26 or 54) to move switch B to receive position X (the selected position). At step 106 the control signal at terminal 15 of controller 10 is sent to the peer OLT to set its switches A and B in a corresponding manner. A loop-back is then made to step S101 to wait for the next command.

In the multiplexer/demultiplexer 6 of FIG. 1, 32 wavelengths on a single optical fiber received at line interface 4 are demultiplexed into 32 individual wavelengths λ1-λ32. However, according to another aspect of the invention the 32 wavelengths can be demultiplexed into bands, for example four bands of 8 wavelengths each, by a first multiplexer, and the resultant four bands can be processed by the OLT.

4

According to another aspect of the invention at least one of the four bands of wavelengths can be demultiplexed by a second multiplexer/demultiplexer into its individual wavelengths such that the OLT can process the individual wavelengths of the at least one band and the remaining ones of the four bands.

FIG. 3 is a block diagram illustrating a modular OLT 200 having two stages of multiplexing/demultiplexing. The operation of the OLT 200 is described with respect to the demultiplexing operation; however, it is to be understood that the multiplexing is merely the reverse operation. It is to be noted that the 1×2 switches and 1×N switches shown in FIG. 1 are not included in FIG. 3 in order to simplify the drawing. However, it is to be understood that in practice such switches may be utilized in the practice of the invention. The OLT terminal 200 has an input/output line interface 202 which is connected to an external fiber facility and receives on a single optical fiber N, for example 32, wavelengths which are demultiplexed by a multiplexer/demultiplexer 204, which is situated on a first modular card, into M, for example 4, bands of 8 wavelengths each. The first band 206 (λ1-λ8) is demultiplexed into its 8 individual wavelengths by a multiplexer/demultiplexer 208, which is situated on a second modular card, with each such wavelength being provided to a pass-through port (P) or a local port (L) via transponder (T). Each of the pass-through ports (P) is situated on a different modular card, and each of the transponder (T) and its associated local port (P) are situated together on yet another modular card. Although direct connections are shown, as discussed above the respective wavelengths may be selectively switched to either of a local port (L) via transponder (T), or a pass-through port (P) as described with respect to FIG. 1.

The second band 210 (λ9-λ16) is provided directly to a pass-through port (P), and the third band 212 (λ17-λ24) is provided directly to a pass-through port (P).

The fourth band 214 (λ25-λ32) is demultiplexed into its 8 individual wavelengths by a multiplexer/demultiplexer 216, which is situated on a modular card 217, with each such wavelength being provided to a pass-through port (P) or a local port (L) via a transponder (T). Again, switching may be used to select a connection to either P or T.

FIG. 4 is a simplified schematic diagram representative of the OLT 2 shown in FIG. 1 or the OLT 200 of FIG. 3. However, it is to be noted that for simplicity only 16 wavelengths are utilized. The OLT 300 interfaces and operates in a bidirectional manner as discussed in detail with respect to FIGS. 1 and 3. The line interface 302 is adapted for wavelength division multiplexed (WDM) optical communication signals of the highest relative order, in this example 16 wavelengths λ1-λ16, corresponding to the N optical wavelengths on a single optical fiber which are applied to input/output line interfaces 4 and 202 of OLT 2 (FIG. 1) and OLT 200 (FIG. 3), respectively. The pass-through interface connected to the lines WL 1-4, WL 5-8, WL 9-12 and WL 13-16 corresponds to the respective pass-through ports, and the local-interface connected to the lines labeled 16 local ports correspond to the local ports connected to the respective transponders, where wavelengths from or to client equipment are added or dropped.

FIG. 5 illustrates two OLTs 300A and 300B as shown in FIG. 4 connected in a back-to-back relationship by way of their respective all-optical pass-through interfaces. Thus, it is seen that the connection results in an optical add/drop multiplexer (OADM) functionality without requiring intermediate electro-optical conversion (OEO) of the communicated optical signals. As discussed above, the add/drop

| 5 | 6 |

feature is achieved at the 16 local ports of each OLT, where channels (wavelengths) can be added or dropped by a manual configuration, or via add/drop switching, as controlled by switches **8** and **26** of FIG. **1**, to achieve a switchable add/drop multiplexer.

The pass-through may be accomplished using single conductors and/or ribbon connectors that pass multiple individual channels (wavelengths) in one cable. The pass-through connections between OLTS **300A** and **300B** is preferably made using ribbon connectors/cables.

FIG. **6** illustrates three separate in-service WDM point-to-point optical communication systems A, B and C which are not initially interconnected. WDM system A includes optical nodes **400** and **402** which are optically connected via their respective line interfaces, with at least optical node **402** being an OLT. WDM system B includes optical nodes **404** and **406** which are optically connected via their respective line interfaces, with at least optical node **404** being an OLT. WDM system C includes optical nodes **408** and **410** which are optically connected via their respective line interfaces, with at least optical node **408** being an OLT.

As discussed above, the three separate WDM systems are not initially interconnected. However, any two of the three WDM systems, or all three of the WDM systems, may be interconnected by connecting respective OLTs of the separate WDM system back-to-back at respective pass-through ports as shown in FIG. **5**, without disrupting service. For example, WDM system A may be connected to WDM system B by directly optically connecting pass-through ports of the OLT of node **402** to pass-through ports of the OLT of node **404** via optical fibers **416** and **418**. WDM system A may also be connected to WDM system C by directly optically connecting pass-through optical ports of the OLT of node **402** to pass-through ports of the OLT of node **408** via optical fibers **420** and **422**. Thus, an all optical path is provided from optical node **400** of WDM system A to optical node **406** of WDM system B, and likewise an all optical path is provided from optical node **400** of WDM system A to optical node **410** of WDM system C, resulting in a merger of WDM systems A, B and C without disrupting service. At the back-side of the respective optical nodes, lines with a box are indicative of local ports (L) to which client equipment is normally connected.

FIG. **7** illustrates three separate in-service WDM network optical communication systems D, E and F which are not initially interconnected. WDM system D includes optical nodes **500** and **502** which are optically connected via their respective line interfaces through an optical network **503**, with at least optical node **502** being an OLT. WDM system E includes optical nodes **504** and **506** which are optically connected via their respective line interfaces through an optical network **507**, with at least optical node **504** being an OLT. WDM system F includes optical nodes **508** and **510** which are optically connected via their respective line interfaces through an optical network **511**, with at least optical node **508** being an OLT.

As discussed above, the three separate WDM optical networks are not initially interconnected. However, any two of the three WDM optical networks, or all three of the WDM optical networks may be interconnected by connecting respective OLTs of the separate WDM optical networks back-to-back at respective pass-through ports as shown in FIG. **5**, without disrupting service. For example, WDM optical network D may be connected to WDM optical network E by directly optically connecting pass-through ports of the OLT of node **502** to pass-through ports of the OLT of node **504** via optical fibers **516** and **518**. WDM system D may also be connected to WDM optical network F by directly optically connecting pass-through optical ports of the OLT of node **502** to pass-through ports of the OLT of node **508** via optical fibers **520** and **522**. Thus, an all optical path is provided from optical node **500** of WDM optical network D to optical node **506** of WDM optical network E, and likewise an all optical path is provided from optical node **500** of WDM optical network D to optical node **510** of WDM optical network F, resulting in a merger of WDM network optical communication systems D, E and F without disrupting service. At the back-side of the respective optical nodes, lines with a box are indicative of local ports (L) to which client equipment is normally connected.

FIG. **8** illustrates how OLTs can be connected in more complex ways to achieve greater functionality, such as, for example, limited cross-connection capabilities. Specifically, OLT **600** and OLT **602** are connected back-to-back to form a first OADM, OLT **604** and OLT **606** are connected back-to-back to form a second OADM, OLT **600** and OLT **606** are connected back-to-back to form a third OADM and OLT **602** and OLT **604** are connected back-to-back to form a fourth OADM. OLT **600**, OLT **602** and OLT **604** each have add/drop switching capability, whereas OLT **606** has no switching capability.

The arrangement shown in FIG. **8** illustrates how a group of OLTs in an office, which may be part of separate WDM networks, can be coupled to form different OADMs on an individual channel or per band basis. Wavelengths 1, 2, 3 and 4 (channels 1, 2, 3 and 4) are connected between pass-through optical ports of OLT **600** and OLT **602** via optical fiber **603** and are also connected between pass-through optical ports of OLT **604** and OLT **606** via optical fiber **607**. Wavelengths 5, 6, 7 and 8 (channels 5, 6, 7 and 8) are connected between pass-through optical ports of OLT **600** and OLT **606** via optical fiber **608** and are also connected between pass-through optical ports of OLT **602** and OLT **604** via optical fiber **609**. Wavelengths 9, 10, 11 and 12 (channels 9, 10, 11 and 12) can be separated into individual channels that are connected between local ports of the respective OLTs. For example, channel **9** is directly connected between a local port of OLT **600** and a local port of OLT **602** via optical fiber **610**, and channel **10** is directly connected between a local port of OLT **600** and a local port of OLT **606** via optical fiber **612**. To simplify the drawing, no connections are shown for wavelengths **11** and **12**; however, they may be connected in a like manner. The local ports may also be connected to client equipment as discussed above. It is to be noted that the connection configuration of FIG. **8** does not constitute a plain patch-panel form of connectivity, insofar as it allows for switching of channels without manual reconfigurations.

In summary, the methods and apparatus of the present invention allow upgrading of a wavelength division multiplexed optical communication system including a pair of OLTs that reside in the same office or facility and are part of separate WDM networks (whether point-to-point links or more advanced networks) to form an OADM. Such upgrade is accomplished without service disruption to the network by appropriate connection of the OLTs through the pass-through interfaces.

Although certain embodiments of the invention have been described and illustrated herein, it will be readily apparent to those of ordinary skill in the art that a number of modifications and substitutions can be made to the preferred example methods and apparatus disclosed and described herein without departing from the true spirit and scope of the invention.

US 7,369,772 B2

| 7 | 8 |

What is claimed is:

1. A wavelength division multiplexed optical communication system comprising:
   - a first optical line interface optically coupled to a first transponder;
   - a first local port optically coupled to the first transponder;
   - an optical demultiplexer through which the first optical line interface is not optically coupled to the first transponder;
   - a second optical line interface;
   - a second local port optically coupled to a second transponder; and
   - at least one switch operable to optically couple the second optical line interface to (a) the first optical line interface through at least the optical demultiplexer, and alternatively (b) the second transponder.

2. The wavelength division multiplexed optical communication system of claim 1, wherein the optical switch is a N×1 optical switch.

3. The wavelength division multiplexed optical communication system of claim 1, wherein the second optical line interface is optically coupled to the first optical line interface when the optical switch is in a first position, and wherein alternatively the second optical line interface is optically coupled to the second transponder when the optical switch is in a second position.

4. The wavelength division multiplexed optical communication system of claim 1, wherein the first optical line interface is optically coupled to the first transponder through at least another optical demultiplexer.

5. The wavelength division multiplexed optical communication system of claim 1, wherein the first optical line interface is optically coupled to the first transponder through at least another optical demultiplexer and at least one other optical switch.

6. An optical add/drop multiplexing system for a wavelength division multiplexed (WDM) optical network environment, comprising:
   - a first optical line interface operable to receive from a WDM network an optical signal comprising a plurality of wavelengths multiplexed therein;
   - a first transponder optically coupled to the first optical line interface, wherein the system is operable to communicate a wavelength from the first optical line interface to the first transponder to drop the wavelength;
   - an optical demultiplexer through which the first line interface is not optically coupled to the first transponder;
   - a second transponder;
   - a second optical line interface operable to transmit to a WDM network an optical signal comprising a plurality of wavelengths multiplexed therein;
   - an optical switch operable in a first state of the system to optically couple the first optical line interface to the second optical line interface through at least the optical demultiplexer, and alternatively operable in a second state of the system to optically couple the second transponder to the second optical line interface; and
   - wherein in the first state the system is operable to communicate a wavelength from the first optical line interface to the second line optical interface without any intermediate electro-optical conversion (OEO) to pass the wavelength, and wherein in the second state the system is operable to communicate a wavelength from the second transponder to the second optical line interface to add the wavelength.

7. The optical add/drop multiplexing system of claim 6, further comprising a third optical line interface operable to receive from a WDM network another optical signal comprising a plurality of wavelengths multiplexed therein, and wherein the optical switch is alternatively operable in a third state of the system to optically couple the third optical line interface to the second optical line interface, and wherein in the third state of the system the system is operable to communicate a wavelength from the third optical line interface to the second optical line interface without any intermediate electro-optical conversion (OEO) to pass the wavelength.

8. The optical add/drop multiplexing system of claim 7, wherein the first, second and third optical line interfaces reside in a same office but each interface to separate WDM networks.

9. The optical add/drop multiplexing system of claim 6, wherein the optical switch is a N×1 optical switch.

10. The optical add/drop multiplexing system of claim 6, wherein the optical switch is one of a plurality of optical switches of the system that are each operable to communicate to the second optical line interface an individual wavelength that is a different wavelength than the individual wavelength communicated to the second optical line interface by each other optical switch of the plurality of optical switches.

11. The optical add/drop multiplexing system of claim 6, wherein the optical demultiplexer resides on a modular card of the system, and wherein in the first state of the system the first optical line interface is optically coupled to the second optical line interface through at least the optical demultiplexer and an optical fiber.

12. The optical add/drop multiplexing system of claim 6, wherein the first transponder resides on a first modular card of the system, and wherein the optical demultiplexer resides on a second modular card of the system that is not the first modular card, and wherein the first transponder is optically coupled to the first optical line interface through at least an optical fiber, and wherein in the first state of the system the first optical line interface is optically coupled to the second optical line interface through at least the optical demultiplexer and an optical fiber.

13. The optical add/drop multiplexing system of claim 6, wherein the first transponder resides on a first modular card of the system, and wherein the first transponder is optically coupled to the first optical line interface through at least an optical fiber and another optical demultiplexer that resides on a second modular card of the system.

14. An optical add/drop multiplexing system for a wavelength division multiplexed (WDM) optical network environment, comprising:
   - a first WDM network bidirectional optical line interface;
   - a first transponder to which a first optical path of the system extends from the first line interface, wherein the first transponder resides on a first modular card of the system, and wherein the system is operable to communicate a wavelength along the first optical path from the first WDM network bidirectional optical line interface to the first transponder to drop the wavelength, and wherein intermediate the first WDM network bidirectional optical line interface and the first transponder the first optical path extends through at least a first optical demultiplexer;
   - a second optical demultiplexer through which the first optical path does not extend, wherein the second optical demultiplexer resides on a second modular card of the system that is not the first modular card;

9

an optical multiplexer through which the first optical path does not extend;

a second transponder, wherein the second transponder resides on a third modular card of the system;

a second WDM network bidirectional optical line interface;

an optical switch from which a second optical path of the system extends to the second WDM network bidirectional optical line interface in both a first state of the system and a second state of the system, wherein in the first state the second optical path extends to the second WDM network bidirectional optical line interface from the first WDM network bidirectional optical line interface and is established by at least the second optical demultiplexer, the optical multiplexer, and the optical switch intermediate the second optical demultiplexer and the optical multiplexer, and wherein in the second state the second optical path alternatively extends to the second WDM network bidirectional optical line interface from the second transponder and is established by at least the optical switch and the optical multiplexer;

wherein in the first state the system is operable to communicate a wavelength along the second optical path from the first WDM network bidirectional optical line interface to the second WDM network bidirectional optical line interface without any intermediate electro-optical conversion (OEO) to pass the wavelength, and wherein in the second state the system is operable to communicate a wavelength along the second optical path from the second transponder to the second WDM network bidirectional optical line interface to add the wavelength; and

wherein the optical switch is a first switch of a plurality of optical switches of the system that are each operable to communicate to the second WDM network bidirectional optical line interface an individual wavelength that is a different wavelength than the individual wavelength communicated to the second WDM network bidirectional optical line interface by each other optical switch of the plurality of optical switches.

15. The optical add/drop multiplexing system of claim 14, further comprising a third WDM network bidirectional optical line interface, and wherein in a third state of the system the second optical path alternatively extends to the second WDM network bidirectional optical line interface from the third WDM network bidirectional optical line interface and is established by at least the first switch and the optical multiplexer, and wherein in the third state the system is operable to communicate a wavelength along the second optical path from the third WDM network bidirectional optical line interface to the second WDM network bidirectional optical line interface without any intermediate electro-optical conversion (OEO) to pass the wavelength.

16. The optical add/drop multiplexing system of claim 15, wherein the first, second and third WDM network bidirectional optical line interfaces reside in a same office but each interface to separate WDM networks.

17. A method for an optical add/drop multiplexing system in a wavelength division multiplexed (WDM) optical network environment, comprising the steps of:

establishing at least a first optical path extending from a first optical line interface of the system to a local transponder;

establishing at least a second optical path that in a first state of the system extends from a local transponder to a second optical line interface of the system and is established by at least an optical switch, and in a second

10

state of the system the second optical path alternatively extends from the first optical line interface to the second optical line interface and is established by at least both the optical switch and an optical demultiplexer through which the first optical path does not extend;

in the first state of the system, communicating a wavelength along the second optical path to add the wavelength to a WDM signal the system transmits to a WDM network from the second optical line interface; and

in the second state of the system, alternatively communicating along the second optical path a wavelength of a WDM signal received from a WDM network at the first optical line interface to optically pass the wavelength to a WDM signal the system transmits to a WDM network from the second optical line interface.

18. The method of claim 17, further comprising the step of communicating along the first optical path a wavelength of a WDM signal received from a WDM network at the first optical line interface to drop the wavelength.

19. The method of claim 17, wherein the optical switch is a N×1 switch.

20. The method of claim 19, wherein N is at least 3, and wherein the second optical path is established in a third state of the system to alternatively extend from a third optical line interface to the second optical line interface and is established by at least the optical switch and an optical demultiplexer through which the first optical path does not extend, and wherein the method in the third state of the system further comprises the step of alternatively communicating along the second optical path a wavelength of a WDM signal received from a WDM network at the third optical line interface to pass the wavelength to a WDM signal the system transmits to a WDM network from the second optical line interface.

21. The method of claim 20, wherein the first, second and third optical line interfaces reside in a same office but each interface to separate WDM networks.

22. The method of claim 17, wherein at least a portion of the system comprises a plurality of modular cards, and wherein at least a portion of the second optical path in at least the second state of the system extends from one of the modular cards to another of the modular cards.

23. The method of claim 17, wherein the optical switch is one of a plurality of optical switches that are each operable to communicate to the second optical line interface an individual wavelength, and further comprising the step of communicating to the second optical line interface from each of the optical switches an individual wavelength that is a different wavelength than the individual wavelength communicated to the second optical line interface by each other optical switch of the plurality of optical switches.

24. A method for an optical add/drop multiplexing system in a wavelength division multiplexed (WDM) optical network environment, comprising the steps of:

establishing at least a first optical path extending from a first optical line interface of the system to a local transponder;

establishing at least a second optical path that in a first state of the system extends from a local transponder to a second optical line interface of the system and is established by at least an optical switch, and in a second state of the system the second optical path alternatively extends from the first optical line interface to the second optical line interface and is established by at least both the optical switch and an optical demulti-

US 7,369,772 B2

11

plexer through which the first optical path does not extend, and in a third state of the system the second optical path alternatively extends from a third optical line interface to the second optical line interface and is established by at least both the optical switch and an optical demultiplexer through which the first optical path does not extend;

communicating along the first optical path a wavelength of a WDM signal received from a WDM network at the first optical line interface to drop the wavelength;

in the first state of the system, communicating a wavelength along the second optical path to add the wavelength to a WDM signal the system transmits to a WDM network from the second optical line interface;

in the second state of the system, alternatively communicating along the second optical path a wavelength of a WDM signal received from a WDM network at the first optical line interface to pass the wavelength to a WDM signal the system transmits to a WDM network from the second optical line interface;

in the third state of the system, alternatively communicating along the second optical path a wavelength of a

12

WDM signal received from a WDM network at the third optical line interface to pass the wavelength to a WDM signal the system transmits to a WDM network from the second optical line interface;

wherein at least a portion of the system comprises a plurality of modular cards, and wherein at least a portion of the second optical path in at least each of the second and third states of the system extends from one of the modular cards to another of the modular cards; and

wherein the optical switch is one of a plurality of optical switches, and further comprising the step of communicating to the second optical line interface from each of the optical switches an individual wavelength that is a different wavelength than the individual wavelength communicated to the second optical line interface by each other optical switch of the plurality of optical switches.

* * * * *