U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| PLAINTIFF TELLABS OPERATIONS, INC.<br>v.<br>DEFENDANTS FUJITSU LIMITED and FUJITSU NETWORK COMMUNICATIONS, INC. | **FILED: JUNE 11, 2008**<br>**08CV3379**<br>**JUDGE HOLDERMAN**<br>**MAGISTRATE JUDGE COLE**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF TELLABS OPERATIONS, INC.

| | |
|---|---|
| NAME (Type or print)<br>Richard A. Cederoth | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Richard A. Cederoth | |
| FIRM<br>Sidley Austin LLP | |
| STREET ADDRESS<br>One South Dearborn | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6185199 | TELEPHONE NUMBER<br>(312) 853-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |