# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| PLAINTIFF TELLABS OPERATIONS, INC.<br>v.<br>DEFENDANTS FUJITSU LIMITED and FUJITSU NETWORK COMMUNICATIONS, INC. | FILED: JUNE 11, 2008<br>08CV3379<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE COLE<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF TELLABS OPERATIONS, INC.

| NAME (Type or print) |
|---|
| Brian C. Bianco |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Brian C. Bianco |

| FIRM |
|---|
| Sidley Austin LLP |

| STREET ADDRESS |
|---|
| One South Dearborn |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6281029 | (312) 853-7000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |