IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TELLABS OPERATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU LIMITED and FUJITSU NETWORK COMMUNICATIONS, INC.,<br><br>Defendants. | Civil Action No.<br><br>**JURY TRIAL DEMANDED**<br><br>`FILED: JUNE 11, 2008`<br>`08CV3379`<br>`JUDGE HOLDERMAN`<br>`MAGISTRATE JUDGE COLE`<br>`AEE` |

**TELLABS OPERATIONS, INC.'S NOTICE OF CLAIMS INVOLVING
UNITED STATES PATENT NUMBER 7,369,772**

Pursuant to 35 U.S.C. §290 and Local Rule 3.4 of this Court, Plaintiff Tellabs Operations, Inc. provides the following information as notice of claims arising under the patent laws of the United States 35 U.S.C. s. 100 et seq.:

Names and addresses of the parties:

Plaintiff:

Tellabs Operations, Inc.
One Tellabs Center
1415 West Diehl Road
Naperville, Illinois 60563

Defendants:

Fujitsu Limited
1-1 Kamikodanaka 4-chome
Nakahara-ku, Kawasaki-shi
Kanagawa-ken, 211-8588
Japan

Fujitsu Network Communications, Inc.
2801 Telecom Parkway
Richardson, Texas 75082

Name of the Inventors: Ornan A. Gerstel, Rajiv Ramaswami

Designating number of the patent upon which the action has been brought: 7,369,772


Dated: June 11, 2008

*(signature)*
David T. Pritikin
Richard A. Cederoth
Brian C. Bianco

SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

James P. Bradley
*Pro Hac Vice Application to be Filed*
Mark A. Dodd
*Pro Hac Vice Application to be Filed*

SIDLEY AUSTIN LLP
717 North Harwood
Suite 3400
Dallas, Texas 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400


Attorneys For Plaintiff
Tellabs Operations, Inc.