IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TELLABS OPERATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU LIMITED and FUJITSU NETWORK COMMUNICATIONS, INC.,<br><br>Defendants. | Civil Action No.<br><br>**JURY TRIAL DEMANDED**<br>`FILED: JUNE 11, 2008`<br>`08CV3379`<br>`JUDGE HOLDERMAN`<br>`MAGISTRATE JUDGE COLE`<br>`AEE` |

**TELLABS OPERATIONS, INC.'S DISCLOSURE STATEMENT AND
NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, Plaintiff Tellabs Operations, Inc. discloses that Tellabs, Inc. is the parent corporation of Tellabs Operations, Inc. Tellabs, Inc. is a publically traded corporation and owns more than 10% of Tellabs Operations, Inc.

Dated: June 11, 2008

*/s/ David T. Pritikin*
David T. Pritikin
Richard A. Cederoth
Brian C. Bianco

SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

James P. Bradley
*Pro Hac Vice Application to be Filed*
Mark A. Dodd
*Pro Hac Vice Application to be Filed*

SIDLEY AUSTIN LLP
717 North Harwood
Suite 3400
Dallas, Texas 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400


Attorneys For Plaintiff
Tellabs Operations, Inc.