*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____          Assigned/Issued By: _____

Judge Name: HOLDERMAN          Designated Magistrate Judge: COLE

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                   ☐ Alias Summons

☐ Third Party Summons                       ☐ Lis Pendens

☐ Non Wage Garnishment Summons              ☐ Abstract of Judgment
                                            _____
☐ Wage-Deduction Garnishment Summons        _____
                                            *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                            ☐ Other
☐ Writ _____                  _____
   (Type of Writ)                           _____
                                            *(Type of issuance)*

_____ Original and _____ copies on _____ as to _____
                                    (Date)

_____

_____