## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08c3379             Assigned/Issued By: CEM

Judge Name: HOLDERMAN            Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ✓ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                       ☐ Other
☐ Writ _____            _____
     *(Type of Writ)*                  _____
                                       *(Type of issuance)*

2  Original and  2  copies on  6/16/08  as to  Fujitsu Limited c/o Mr. Masanobu
                              *(Date)*
Katoh, Fujitsu Limited c/o New York Representative Office via Registered Mail #RB365040024US.