## United States District Court for the Northern District of Illinois

Case Number: 08CV3379          Assigned/Issued By: DAJ

Judge Name: HOLDERMAN          Designated Magistrate Judge: COLE

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

### ISSUANCES

☐ Summons                              ☑ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

_2_ Original and _2_ copies on _07/01/08_ as to FUJITSU LIMITED C/O
                              (Date)
MR KUNIAKI NOZOE (FED EX AIRBILL 859711143852), FUJITSU LIMITED C/O

MASANOBU KATOH (FED EX AIRBILL 859711143841)

C:\wpwin80\docket\feeinfo.frm    03/14/05