DVD/MWM                                                                                              ARDC# 6204705

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TELLABS OPERATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 3379 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| FUJITSU LIMITED, and FUJITSU | ) | Magistrate Cole |
| NETWORK COMMUNICATIONS, INC., | ) | AEE |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that we have on July 2, 2008 filed **Appearance of David C. Van Dyke** with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

By:    /sDavid C. Van Dyke
One of the Attorneys for  FUJITSU NETWORK COMMUNICATIONS, INC.

David C. Van Dyke, #6204705
Matthew W. Miller, #6280632
CASSIDAY SCHADE LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois  60606-2903
(312) 641-3100
dvandyke@cassiday.com
mmiller@cassiday.com

The undersigned certifies that on July 2, 2008, the following described documents were served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5.  Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

/sDavid C. Van Dyke

**SERVICE LIST**

David T. Pritikin
Richard A. Cederoth
Brian C. Bianco
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036
Email:  dpritikin@sidley.com
Email:  rcederoth@sidley.com
Email:  bbianco@sidley.com

James P. Bradley
*Pro Hac Vice Application to be Filed*
Mark A. Dodd
*Pro Hac Vice Application to be Filed*
Sidley & Austin LLP
717 North Harwood
Suite 3400
Dallas, TX  75201
Telephone:  (214) 981-3300
Facsimile:   (214) 981-3400
Email:  jbradley@sidley.com
Email:  mdodd@sidley.com

Attorneys Attorneys for Plaintiff
Tellabs Operations, Inc.

David E. Wang
*Pro Hac Vice Application to be Filed*
Jae Kim
*Pro Hac Vice Application to be Filed*
Mark Stirrat
*Pro Hac Vice Application to be Filed*
Orrick, Herrington & Sutcliffe, LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
Email:   dwang@orrick.com
Email:   mstirrat@orrick.com
Email:   jhkim@orrick.com

Jeffrey A. Miller
*Pro Hac Vice Application to be Filed*
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Email:   jmiller@orrick.com

7135960 DVANDYKE;CWATKINS