# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.

___

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 3379 |
| TELLABS OPERATIONS, INC., | JUDGE HOLDERMAN |
| Plaintiffs, | |
| | MAGISTRATE JUDGE COLE |
| | AEE |
| v. | |
| FUJITSU LIMITED, and FUJITSU NETWORK COMMUNICATIONS, INC., | |
| Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**FUJITSU NETWORK COMMUNICATIONS, INC.**

| | |
|---|---|
| NAME      Matthew W. Miller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Matthew W. Miller | |
| FIRM      CASSIDAY SCHADE LLP | |
| STREET ADDRESS     20 North Wacker Drive, #1040 | |
| CITY/STATE/ZIP     Chicago, IL  60606-2903 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6280632 | TELEPHONE NUMBER   312-469-5130 |
| | EMAIL: mwm@cassiday.com |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ YES ☑ NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ YES ☑ NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ YES ☑ NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ YES ☑ NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

7136047DVANDYKE;CWATKINS