DVD/MWM

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TELLABS OPERATIONS, INC., ) | **Civil Action No. 08CV3379** |
| Plaintiffs, ) | |
| ) | **JUDGE HOLDERMAN** |
| v. ) | |
| ) | **MAGISTRATE JUDGE COLE** |
| FUJITSU LIMITED, and FUJITSU NETWORK ) | **AEE** |
| COMMUNICATIONS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:    See Attached Service List

      PLEASE TAKE NOTICE that on July 10, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard we shall appear before the Honorable Judge Holderman, Judge of the United States District Court in the United States Courthouse, or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present the attached ***DEFENDANT, FUJITSU NETWORK COMMUNICATIONS, INC.'S, MOTION FOR A THIRTY DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT***, a copy of which is herewith served upon you.

                                        CASSIDAY SCHADE LLP

                                        BY:   s/David C. Van Dyke_____
                                                   Attorneys for FUJITSU NETWORK
                                                   COMMUNICATIONS, INC.

      The undersigned certifies that on December 19, 2007, the above-described document(s) was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing User parties pursuant to LR 5.5. Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                        s/David C. Van Dyke

**SERVICE LIST**

David T. Pritikin
Richard A. Cederoth
Brian C. Bianco
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036
Email:  dpritikin@sidley.com
Email:  rcederoth@sidley.com
Email:  bbianco@sidley.com

James P. Bradley
*Pro Hac Vice Application to be Filed*
Mark A. Dodd
*Pro Hac Vice Application to be Filed*
Sidley & Austin LLP
717 North Harwood
Suite 3400
Dallas, TX  75201
Telephone:  (214) 981-3300
Facsimile:   (214) 981-3400
Email:  jbradley@sidley.com
Email:  mdodd@sidley.com

Attorneys Attorneys for Plaintiff
Tellabs Operations, Inc.

David E. Wang
*Pro Hac Vice Application to be Filed*
Jae Kim
*Pro Hac Vice Application to be Filed*
Mark Stirrat
*Pro Hac Vice Application to be Filed*
Orrick, Herrington & Sutcliffe, LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
Email:  dwang@orrick.com
Email:  mstirrat@orrick.com
Email:  jhkim@orrick.com

Jeffrey A. Miller
*Pro Hac Vice Application to be Filed*
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Email:   jmiller@orrick.com

7136091 DVANDYKE;CWATKINS