MHW

**POSTAL SERVICE OF THE UNITED STATES OF AMERICA**
Administration des Postes des Etats-Unis d'Amérique

RECEIVED
JUL - 1 2008 PAR AVION

**C5**
Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

**POSTAL SERVICE**
Service des postes

To be returned by the quickest route (air or surface mail), à découvert and postage free.

À renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RETURN RECEIPT**
Avis de réception

To be filled out by the sender, who will indicate his address for the return of this receipt.
À remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.

Name or firm    Nom ou raison sociale

United States District Court    (08cv3379)
Northern District of Illinois
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

PS Form 2865
Mar. 1985

UNITED STATES OF AMERICA    États-Unis d'Amérique

08cv3379

FILED
7-1-2008
JUL - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Registered article Envoi recommandé | ☒ Letter Lettre | ☐ Printed Matter Imprimé | ☐ Other Autre | ☐ Express Mail International |
|---|---|---|---|---|
| ☐ Insured parcel Colis avec valeur déclarée | Insured Value Valeur déclarée | | Article No. RB365040024QS | |

Office of mailing Bureau or depot    Date of posting Date de dépôt

Addressee (Name or firm)    Nom ou raison sociale du destinataire

FUJITSU LIMITED
Mr. Masanobu Katoh, President Law & Intellectual Property Unit
Fujitsu Limited, Shiodome City Center
1-5-2 Higashi-Shimbashi
Minato-ku, Tokoyo 105-7123, Japan

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.

Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.

Postmark of the office of destination
Timbre du bureau de destination

The article mentioned above was duly delivered.
L'envoi mentionné ci-dessus a été dûment remis.

Date

Signature of the addressee    Signature of the employee of the office of destination
Signature du destinataire    Signature de l'agent du bureau de destination