**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Tellabs Operation, Inc.
                Plaintiff,

v.                                            Case No.: 1:08−cv−03379
                                                      Honorable James F. Holderman

Fujitsu Limited, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant Fujitsu Network Communications, Inc.'s motion for extension of time to respond to complaint [18] is granted; defendant is given until 8/11/2008 to answer or otherwise plead to the complaint. If a motion is filed, it should be noticed to heard on 8/19/2008 at 9:00 AM; if an answer is filed, parties shall meet and prepare Form 35 for filing by 8/14/2008. Status hearing set for 8/19/2008 at 9:00 AM to set schedule. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.