Track Shipments/FedEx Kinko's Orders
## Detailed Results

**FILED**
**JUL 1 4 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

?Quick Help

08C3379

| | | | |
|---|---|---|---|
| Tracking number | 859711143852 | Reference | 06476-10330 B. BIANE |
| Signed for by | .OHYAMA | Destination | TOKYO JP |
| Ship date | Jul 1, 2008 | Delivered to | Mailroom |
| Delivery date | Jul 3, 2008 3:36 PM | Service type | Priority Envelope |
| | | Weight | 0.5 lbs. |

Status: Delivered
Signature image available: No

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 3, 2008 | 3:36 PM | Delivered | TOKYO JP | |
| | 11:33 AM | On FedEx vehicle for delivery | TOKYO-KOTO-KU JP | |
| | 10:45 AM | At local FedEx facility | TOKYO-KOTO-KU JP | |
| | 9:05 AM | In transit | TOKYO-KOTO-KU JP | |
| | 9:05 AM | Int'l shipment release | TOKYO-KOTO-KU JP | |
| | 8:44 AM | In transit | TOKYO-KOTO-KU JP | Package available for clearance |
| | 8:06 AM | In transit | TOKYO-KOTO-KU JP | |
| | 7:09 AM | In transit | NARITA-SHI JP | |
| Jul 2, 2008 | 2:45 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:05 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Jul 1, 2008 | 9:36 PM | Left FedEx origin facility | CHICAGO, IL | |
| | 5:02 PM | Picked up | CHICAGO, IL | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your name:                              Your e-mail address:

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

Select format: ● HTML ○ Text ○ Wireless
Add personal message:

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions



FILED
JUL 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08C3379

Track Shipments/FedEx Kinko's Orders
**Detailed Results**

Quick Help

| | |
|---|---|
| Tracking number | 859711143841 |
| Signed for by | .OHYAMA |
| Ship date | Jul 1, 2008 |
| Delivery date | Jul 3, 2008 3:36 PM |

| | |
|---|---|
| Reference | 06416-10330 b.bianeo |
| Destination | tokyo JP |
| Delivered to | Mailroom |
| Service type | Priority Envelope |
| Weight | 0.5 lbs. |

Status                Delivered

Signature image available    No

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 3, 2008 | 3:36 PM | Delivered | tokyo JP | |
| | 11:33 AM | On FedEx vehicle for delivery | TOKYO-KOTO-KU JP | |
| | 10:45 AM | At local FedEx facility | TOKYO-KOTO-KU JP | |
| | 9:04 AM | Int'l shipment release | TOKYO-KOTO-KU JP | |
| | 9:04 AM | In transit | TOKYO-KOTO-KU JP | |
| | 8:28 AM | In transit | TOKYO-KOTO-KU JP | Package available for clearance |
| | 8:06 AM | In transit | TOKYO-KOTO-KU JP | |
| | 7:09 AM | In transit | NARITA-SHI JP | |
| Jul 2, 2008 | 2:30 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:05 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Jul 1, 2008 | 9:36 PM | Left FedEx origin facility | CHICAGO, IL | |
| | 5:02 PM | Picked up | CHICAGO, IL | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your name:                              Your e-mail address:

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

Select format:  ● HTML  ○ Text  ○ Wireless
Add personal message:

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions