UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Tellabs Operation, Inc.
                        Plaintiff,

v.                                              Case No.: 1:08−cv−03379
                                                    Honorable James F. Holderman

Fujitsu Limited, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable James F. Holderman: The applications of David Edward Wang, Jeffrey A. Miller, Robert W. Dickerson, Allan W. Jansen and Mark Stirrat to appear pro hac vice [32] [33] [34] [35] [36] are granted. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.