32191/15319/DVD/MWM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TELLABS OPERATIONS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FUJITSU LIMITED, and FUJITSU ) <br> NETWORK COMMUNICATIONS, INC., ) <br> ) <br> Defendants. ) <br> ) | **Civil Action No.  08 CV 3379** <br><br> **JUDGE JAMES F. HOLDERMAN** <br><br> **MAGISTRATE JUDGE JEFFREY COLE** |

**FUJITSU NETWORK COMMUNICATIONS, INC.'S MOTION FOR AN EXTENSION OF TIME FOR FUJITSU LIMITED TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant - Fujitsu Network Communications, Inc. ("FNC"), files this unopposed motion for an extension of time for Fujitsu Limited ("Fujitsu") in which to respond to Plaintiff - Tellabs Operations, Inc. ("Tellabs") Summons and Complaint and would respectfully show the Court as follows:

Plaintiff - Tellabs has agreed to an extension of Fujitsu's time to respond in any manner whatsoever, including answer, motion or other pleading of any type, to Tellabs' Summons and Complaint. Specifically, it is requested and Tellabs does not oppose, an additional extension of time up to and including September 2, 2008.

WHEREFORE, FUJITSU NETWORK COMMUNICATIONS, INC. respectfully requests this court grant FUJITSU LIMITED time to answer, move or otherwise respond to Plaintiff's Summons and Complaint, on or before September 2, 2008.

          CASSIDAY SCHADE LLP

          BY:   /s David C. Van Dyke_____
                David C. Van Dyke  (#6204705)
                Attorneys for Defendant,
                FUJITSU NETWORK COMMUNICATIONS, INC.

David C. Van Dyke  (#6204705)
Matthew W. Miller (#6280632)
Cassiday Schade LLP
20 North Wacker Drive
Suite 1040
Chicago, IL  60606-2903
Telephone: (312) 641-3100
Facsimile: (312) 444-1669
Email:  dvandyke@cassiday.com
Email:  mmiller@cassiday.com

David E. Wang
Jae Kim
Mark Stirrat
Orrick, Herrington & Sutcliffe, LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
Email:  dwang@orrick.com
Email:  mstirrat@orrick.com
Email:  jhkim@orrick.com

Jeffrey A. Miller
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Email:  jmiller@orrick.com

7146465 MMILLER