32191/15319/DVD/MWM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TELLABS OPERATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 3379 |
| | ) | |
| v. | ) | Judge James F. Holderman |
| | ) | |
| FUJITSU LIMITED, et al., | ) | Magistrate Jeffery Cole |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

TO:   See Attached Service List

    PLEASE TAKE NOTICE that on August 19, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard we shall appear before the Honorable Judge James F. Holderman, Room 2541, Judge of the United States District Court in the United States Courthouse, or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present Fujitsu Network Communications, Inc.'s Motion for an Extension of Time for Fujitsu Limited to Respond to Plaintiff's Complaint.

                        CASSIDAY SCHADE LLP

                        BY:   /s David C. Van Dyke
                              Attorneys for FUJITSU NETWORK
                              COMMUNICATIONS, INC.

David C. Van Dyke
ARDC No. 6204705
CASSIDAY SCHADE LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois   60606
(312) 641-3100

    The undersigned certifies that on August 4, 2008, the above-described document(s) was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing User parties pursuant to LR 5.5.  Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                              /s David C. Van Dyke

32191/15319/DVD/MWM

*Tellabs Operations, Inc. v. Fujitsu Network Communications, Inc.*

## SERVICE LIST

David T. Pritikin
Richard A. Cederoth
Brian C. Bianco
Sidley Austin, LLP
One South Dearborn Street
Chicago IL 60603
(312) 853-7000
(312) 853-7036 (Fax)

James P. Bradley
Mark A. Dodd
Sidley & Austin LLP
717 North Harwood
Suite 3400
Dallas TX 75201
(214) 981-3300
(214) 981-3400 (Fax)

David E. Wang
Jae Kim
Mark Stirrat
Orrick, Herrington & Sutcliffe, LLP
4v Park Plaza
Suite 1600
Irvine CA 92614
(949) 567-6700
(949) 567-6710 (Fax)
dwang@orrick.com
mstirrat@orrick.com
jhkim@orrick.com

Jeffrey A. Miller
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park CA 94025-1015
(650) 614-7400
(650) 614-7401 (Fax)
jmiller@orrick.com

Kelley A. Conaty
Pro Hac Vice
Sidley & Austin LLP
717 North Harwood
Suite 3400
Dallas TX 75201
(214) 981-3300
(214) 981-3400 (Fax)

7146521 DVANDYKE;MPALUMBO