15319/DVD/MWM/32191

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TELLABS OPERATIONS, INC., ) | |
| ) | **Civil Action No. 08 CV 3379** |
| Plaintiffs, ) | |
| ) | **JUDGE JAMES F. HOLDERMAN** |
| v. ) | |
| ) | **MAGISTRATE JUDGE JEFFREY** |
| FUJITSU LIMITED, and FUJITSU ) | **COLE** |
| NETWORK COMMUNICATIONS, INC., ) | |
| ) | |
| Defendants. ) | |

### FUJITSU NETWORK COMMUNICATIONS, INC.'S MOTION FOR A MORE DEFINITE STATEMENT; OR, IN THE ALTERNATIVE, MOTION TO DISMISS; OR, MOTION TO STRIKE INFRINGEMENT ALLEGATIONS

Defendant Fujitsu Network Communications, Inc. ("FNC"), without waiving any defenses or any matters that might be presented pursuant to Federal Rule of Civil Procedure 12(b) or any other rule or law, files this Motion under Federal Rule of Civil Procedure 12(e) for a More Definite Statement; or, in the alternative, Motion to Dismiss; or, Motion to Strike Infringement Allegations, and would respectfully show the Court as follows:

Plaintiff Tellabs Operations, Inc.'s ("Tellabs") Complaint fails to properly identify any accused products or any allegedly infringing acts. *See* D.I 1, Compl. ¶¶ 6, 9 and 10.  Pursuant to Federal Rule of Civil Procedure 12(e), Tellabs must provide a more definite statement about its infringement allegations.  Thus, FNC seeks the assistance of the Court and files this Motion and Memorandum of Points and Authorities in support thereof.  A brief summary of FNC's argument is set forth in this Motion; FNC's arguments are fully set forth in its Opening Memorandum of Points and Authorities in Support of Its Motion for a More Definite Statement; or, in the alternative, Motion to Dismiss; or Motion to Strike Infringement Allegations.

1

Tellabs accuses defendants FNC and Fujitsu Limited of infringing U.S. Patent No. 7,369,772 ("'772 patent") and broadly states that defendants infringe by making, using, selling, offering to sell, and/or importing "products including, but not limited to, systems, devices, or components thereof for optical add/drop multiplexing that infringe the '772 patent or whose use infringes the '772 patent." Compl. ¶ 6. This statement is so broad that it is conceivable that it purports to apply to every single one of FNC's more than fifty products, and all of the myriad components of each of those products. Thus, to respond to Tellabs' Complaint, FNC would be required to apply the claims of the '772 patent to all of FNC's products and individual components. It is unreasonable to force FNC to undergo such an analysis. Rather, under Rule 11, it was Tellabs' burden to conduct this analysis before filing claims of patent infringement. *View Engineering Inc. v. Robotics Visions Systems, Inc.*, 208 F.3d 981, 986 (Fed. Cir. 2000).

Tellabs must amend its Complaint and identify (i) the specific accused products and components and (ii) the allegedly infringing activities. Fed. R. Civ. P. 12(e); *see also Bell Atlantic Corp. v. Twombly*, 127 S.Ct. 1955, 1965-66 (2007). Merely pleading the elements of the patent infringement statute is insufficient. *See Agilent Techs., Inc. v. Micromuse, Inc.*, 2004 WL 2346152 at *5-6 (S.D.N.Y. Oct. 19, 2004). FNC cannot be expected to "frame a responsive pleading…in the absence of any indication as to which of its products are accused." *eSoft, Inc. v. Astaro Corp.*, 2006 WL 2164454 at *2 (D. Colo. July 31, 2006).

Assuming Tellabs has met its Rule 11 burden by conducting a pre-filing investigation, it must know what specific products and components it is accusing of infringement. Tellabs simply chose not to provide this. In order for FNC to respond, Tellabs must provide a more definite statement.

WHEREFORE, FUJITSU NETWORK COMMUNICATIONS, INC. respectfully requests this Court grant its Motion for a More Definite Statement; or, in the alternative, Motion to Dismiss; or, Motion to Strike Infringement Allegations.

Dated:  August 11, 2008            Respectfully submitted,

By:   /s David C. Van Dyke
        David C. Van Dyke  (#6204705)
        Attorneys for Defendants,
        FUJITSU NETWORK COMMUNICATIONS,
        INC.

David C. Van Dyke  (#6204705)
Matthew W. Miller (#6280632)
Cassiday Schade LLP
20 North Wacker Drive, Suite 1040
Chicago, IL  60606-2903
Telephone: (312) 641-3100
Facsimile: (312) 444-1669
Email:  dvandyke@cassiday.com
Email:  mwm@cassiday.com

Robert W. Dickerson
David E. Wang
Jae Kim
Mark Stirrat
Orrick, Herrington & Sutcliffe, LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
Email:  dwang@orrick.com
Email:  mstirrat@orrick.com
Email:  jhkim@orrick.com

Jeffrey A. Miller
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Email:  jmiller@orrick.com

7148851