UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Tellabs Operation, Inc.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−03379
                                                Honorable James F. Holderman

Fujitsu Limited, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

    MINUTE entry before the Honorable James F. Holderman:Status hearing and motion hearing held on 8/19/08. Fujitsu Network Communications, Inc.'s motion for an extension of time for Fujitsu Limited to respond to plaintiffs' complaint (Doc. No. 38) is granted. Motion terminated. For the reasons set forth in open court, defendant Fujitsu Network Communications, Inc.'s motion for a more definite statement; or, in the alternative, motion to dismiss, or, motion to strike infringement allegations (Doc. No. 41) is denied. Both defendants, Fujitsu Limited, and Fujitsu Network Communications, Inc., are granted an extension of time of no later than 9/5/08 to file an answer to plaintiffs' complaint. Defendants are to file their appearance by 8/26/08. Counsel are to hold a Rule 26 conference and file a jointly completed Form 35, signed by counsel for each party, on or before 9/11/08. Counsel are requested to submit a courtesy copy of the Form 35 to Chambers on the day of filing. This case is set for a further report on status on 9/23/08 at 9:00 a.m.(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.