# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 CV 3379

TELLABS OPERATIONS, INC.                    **JUDGE HOLDERMAN**

                                                          **MAGISTRATE JUDGE COLE**

                                                          **AEE**

　　v.

FUJITSU LIMITED, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

　　　　　　Defendant, FUJITSU, LTD.

| | |
|---|---|
| NAME | Matthew W. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| | s/ Matthew W. Miller |
| FIRM | CASSIDAY SCHADE LLP |
| STREET ADDRESS | 20 North Wacker Drive, #1040 |
| CITY/STATE/ZIP | Chicago, IL 60606-2903 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)　　TELEPHONE NUMBER: (312) 641-3100<br>**6280632** | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ YES ■ NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ YES ■ NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ YES ■ NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ YES ■ NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐　　　　　　　　　　APPOINTED COUNSEL ☐ | |