32191/15319/DVD/MWM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TELLABS OPERATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 3379 |
| | ) | |
| v. | ) | |
| | ) | Judge James F. Holderman |
| FUJITSU LIMITED, et al., | ) | |
| | ) | Magistrate Jeffery Cole |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX

The undersigned certifies that on August 28, 2008, the following described document(s) was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5:

DOCUMENT DESCRIPTION:     Appearance

ADDRESSED AS FOLLOWS:     David T. Pritikin
Richard A. Cederoth
Brian C. Bianco
Sidley Austin, LLP
One South Dearborn Street
Chicago IL 60603
(312) 853-7000
(312) 853-7036 (Fax)

James P. Bradley
Pro hac Vice
Mark A. Dodd
Pro Hac Vice
Kelley A. Conaty
Pro Hac Vice
Sidley & Austin LLP
717 North Harwood, Suite 3400
Dallas TX 75201
(214) 981-3300; (214) 981-3400 (Fax)

David E. Wang
Pro Hac Vice
Mark Stirrat
Pro Hac Vice
Orrick, Herrington & Sutcliffe, LLP
4 Park Plaza
Suite 1600
Irvine CA 92614
(949) 567-6700
(949) 567-6710 (Fax)
dwang@orrick.com
mstirrat@orrick.com
ajansen@orrick.com

Jeffrey A. Miller
Pro Hac Vac
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park CA 94025-1015
(650) 614-7400
(650) 614-7401 (Fax)
jmiller@orrick.com

Robert W. Dickerson
Pro Hac Vice
Jae H. Kim
Pro Hac Vice
Orrick, Herrington & Sutcliffe, LLP
777 S. Figueroa Street
Suite 3200
Los Angeles CA 90017
(213) 629-2020
(213) 612-2499 (Fax)
rdickerson@orrick.com
jhkim@orrick.com

Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                                                                                                                       /s/ Ann M. Meckstroth
                                                                                                                                                   One of the Attorneys for Defendant(s),
                                                                                                                                                   FUJITSU LIMITED

Ann M. Meckstroth
ARDC No. 6290199
CASSIDAY SCHADE LLP
20 N. Wacker Drive
Suite 1040
Chicago, IL 60606
(312) 641-3100

7154973