## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 08 CV 3379

TELLABS OPERATIONS, INC.

v.

FUJITSU LIMITED, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FUJITSU LIMITED

| NAME | Jeffrey A. Miller |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Jeffrey A. Miller |
| FIRM | Orrick, Herrington & Sutcliffe LLP |
| STREET ADDRESS | 1000 Marsh Road |
| CITY/STATE/ZIP | Menlo Park, CA 94025 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (650) 614-7660 E-MAIL Address: jmiller@orrick.com |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ YES  ☑ NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ YES  ☑ NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ YES  ☑ NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ YES  ☑ NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ | |

7155330

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TELLABS OPERATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 3379 |
| | ) | |
| v. | ) | |
| | ) | Judge James F. Holderman |
| FUJITSU LIMITED, et al., | ) | |
| | ) | Magistrate Jeffery Cole |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX

The undersigned certifies that on August 29, 2008, the following described document(s) was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5:

DOCUMENT DESCRIPTION:        Appearance

ADDRESSED AS FOLLOWS:        David T. Pritikin
Richard A. Cederoth
Brian C. Bianco
Sidley Austin, LLP
One South Dearborn Street
Chicago IL 60603
(312) 853-7000
(312) 853-7036 (Fax)

James P. Bradley
Pro hac Vice
Mark A. Dodd
Pro Hac Vice
Kelley A. Conaty
Pro Hac Vice
Sidley & Austin LLP
717 North Harwood, Suite 3400
Dallas TX 75201
(214) 981-3300; (214) 981-3400 (Fax)

David C. Van Dyke
Matthew W. Miller
Ann M. Meckstroth
Cassiday Schade LLP
20 North Wacker Drive
Suite 1040
Chicago, IL 60606
(312) 641-3100; (312) 444-1669 (Fax)

David E. Wang
Pro Hac Vice
Mark Stirrat
Pro Hac Vice
Allan W. Jansen
Pro Hac Vice
Orrick, Herrington & Sutcliffe, LLP
4 Park Plaza
Suite 1600
Irvine CA 92614
(949) 567-6700
(949) 567-6710 (Fax)
dwang@orrick.com
mstirrat@orrick.com
ajansen@orrick.com

Robert W. Dickerson
Pro Hac Vice
Jae H. Kim
Pro Hac Vice
Orrick, Herrington & Sutcliffe, LLP
777 S. Figueroa Street
Suite 3200
Los Angeles CA 90017
(213) 629-2020
(213) 612-2499 (Fax)
rdickerson@orrick.com
jhkim@orrick.com

Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                           s/ Jeffrey A. Miller
                                                   One of the Attorneys for Defendant(s),
                                                   FUJITSU LIMITED

Jeffrey A. Miller
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7660

7155366