**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TELLABS OPERATIONS, INC., | Civil Action No. 08CV3379 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | Filed: June 11, 2008 |
| FUJITSU LIMITED, and FUJITSU NETWORK COMMUNICATIONS, INC., | Judge James F. Holderman |
| Defendants. | Magistrate Jeffery Cole |
| FUJITSU LIMITED, | |
| Counterclaim Plaintiff, | |
| v. | |
| TELLABS OPERATIONS, INC., and TELLABS, INC., | |
| Counterclaim Defendants. | |

**DEFENDANT FUJITSU LIMITED'S ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S COMPLAINT
and
DEFENDANT FUJITSU LIMITED'S
COUNTERCLAIMS AGAINST PLAINTIFF AND TELLABS, INC.
and
DEMAND FOR JURY TRIAL**

**NOW COMES** Defendant, Fujitsu Limited ("Fujitsu"), and for itself only, responds to the Complaint filed by plaintiff Tellabs Operations, Inc. ("Tellabs Operations" or "Plaintiff"). Each paragraph of the Complaint is set forth below followed by Fujitsu's answer thereto, and Fujitsu's affirmative defenses and counterclaims are separately stated.

Complaint Paragraph 1.    Tellabs Operations, Inc. is a Delaware corporation with its principal place of business at One Tellabs Center, 1415 West Diehl Road, Naperville, Illinois 60563. Tellabs Operations, Inc. is the owner of all rights in the Tellabs patent asserted herein.

**Answer by Fujitsu:**   On information and belief, Fujitsu admits that Tellabs Operations, Inc. is a Delaware corporation with its principal place of business at One Tellabs Center, 1415 West Diehl Road, Naperville, Illinois 60563.  Fujitsu lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 1 of the Complaint.

Complaint Paragraph 2.    Tellabs is the assignee and owner of all rights, title, and interest in U.S. Patent No. 7,369,772 ("the '772 patent"), entitled "Optical Line Terminal Arrangement, Apparatus and Methods." The '772 patent was duly and legally issued on May 6, 2008 by the United States Patent and Trademark Office. A true and correct copy of the '772 patent is attached hereto as Exhibit A.

**Answer by Fujitsu:**   Fujitsu admits that what appears to be a true and correct copy of the '772 patent is attached to the Complaint as Exhibit A.  On information and belief, Fujitsu denies that the '772 patent was duly and legally issued by the United States Patent and Trademark Office on May 6, 2008.  Fujitsu lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 2 of the Complaint.

Complaint Paragraph 3.    On information and belief, Fujitsu is a corporation organized and existing under the laws of Japan and having a principal place of business at 1-1 Kamikodanaka 4-chome, Nakahara-ku, Kawasaki-shi, Kanagawa-ken, 211-8588 Japan and is doing business in the Northern District of Illinois and elsewhere in the State of Illinois.

**Answer by Fujitsu:**   Fujitsu admits that Fujitsu is a corporation organized and existing under the laws of Japan and having a principal place of business at 1-1 Kamikodanaka 4-chome,

Nakahara-ku, Kawasaki-shi, Kanagawa-ken, 211-8588 Japan. Fujitsu denies the remaining allegations of Paragraph 3 of the Complaint.

Complaint Paragraph 4.    On information and belief, FNC is a corporation organized and existing under the laws of California and having offices at 540 W. Madison St., Chicago, Illinois 60661 and 500 Park Blvd., Itasca, Illinois 60143 and is doing business in the Northern District of Illinois and elsewhere in the State of Illinois. FNC has a designated agent for service of process at 208 S. LaSalle St., Suite 814, Chicago, Illinois 60604.

**Answer by Fujitsu:** Fujitsu admits that FNC is a corporation organized under the laws of California. Fujitsu admits that FNC has offices at 500 Park Blvd., Itasca, Illinois 60143; that FNC is doing business in the Northern District of Illinois and elsewhere in the state of Illinois; and that FNC has a designated agent for service of process at 208 S. LaSalle St., Suite 814, Chicago, Illinois 60604. Fujitsu denies any and all remaining factual allegations.

Complaint Paragraph 5.    This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction over the matters complained of under 28 U.S.C. §§ 1331 and 1338.

**Answer by Fujitsu:** The allegations are legal conclusions that do not require a response. To the extent any factual allegations are inherently asserted, they are denied.

Complaint Paragraph 6.    Defendants make, import, use, offer to sell, and/or sell within the United States, including the State of Illinois and this judicial district, products including, but not limited to, systems, devices, or components thereof for optical add/drop multiplexing that infringe the '772 patent or whose use infringes the '772 patent. On information and belief, these products have been sold directly, or through other companies for resale, to

customers for use in the United States and in this judicial district. Defendants reasonably expect, and have expected, that these products would be sold and operated in this judicial district.

**Answer by Fujitsu:**  Because the Complaint does not identify any specific products that are alleged to infringe, the allegations of the Complaint in general and the allegations of Paragraph 6 of the Complaint in specific are vague and ambiguous and thus cannot be either admitted or denied.  Fujitsu avers that it is informed and believes that it has not engaged in any conduct with respect to any "products" that would constitute an infringement of the '772 patent, including but not limited to the Flashwave 7500, which counsel for Tellabs Operations identified as the accused product in a letter dated August 18, 2008, and that it has not otherwise infringed and is not now infringing the '772 patent.  Fujitsu lacks knowledge or information sufficient to form a belief about the truth of any other allegations of Paragraph 6 of the Complaint.

Complaint Paragraph 7.      Defendants are subject to personal jurisdiction in this judicial district because they have established minimum contacts with the forum such that the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice and have committed acts of infringement in this judicial district.

**Answer by Fujitsu:**  Fujitsu denies the allegations of this Paragraph, except to admit that FNC is subject to personal jurisdiction in the judicial district.

Complaint Paragraph 8.      Venue is proper in this district and before this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

**Answer by Fujitsu:**  Fujitsu denies the allegations of this Paragraph as to itself only. Fujitsu lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 8 of the Complaint.

Complaint Paragraph 9.    FNC, and on information and belief, Fujitsu, have been and are now infringing, actively inducing infringement of, and/or contributorily infringing the '772 patent, pursuant to 35 U.S.C. § 271. The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of systems, devices, or components thereof, for optical add/drop multiplexing.

**Answer by Fujitsu:**  Because the Complaint does not identify any specific products that are alleged to infringe, and because Paragraph 9 of the Complaint does not identify any other entity who is allegedly infringing and whose alleged infringement is being contributed to and/or induced by Fujitsu, the allegations of the Complaint in general and the allegations of Paragraph 9 of the Complaint in specific are vague and ambiguous and thus cannot be either admitted or denied.  Fujitsu avers that it is informed and believes that it has not engaged in any conduct with respect to any "products" that would constitute an infringement of the '772 patent, including but not limited to the Flashwave 7500, which counsel for Tellabs Operations identified as the accused product in a letter dated August 18, 2008, that it has not otherwise infringed and is not now infringing the '772 patent, and that it has not contributed to or induced the infringement of the '772 patent by any other party.  Fujitsu lacks knowledge or information sufficient to form a belief about the truth of any other allegations of Paragraph 9 of the Complaint.

Complaint Paragraph 10.    On information and belief, accused products, including, but not limited to, systems, devices, or components thereof for optical add/drop multiplexing which are used to practice the claims of the '772 patent, are known by Defendants to be especially made or adapted for use in an infringement of the '772 patent and are not staple articles or commodities of commerce suitable for substantial non-infringing uses.

**Answer by Fujitsu:** Because the Complaint does not identify any specific products that are alleged to infringe, the allegations of the Complaint in general and the allegations of Paragraph 10 of the Complaint in specific are vague and ambiguous and thus cannot be either admitted or denied. Fujitsu avers that it is informed and believes that it has not engaged in any conduct with respect to any "products" that would constitute an infringement of the '772 patent, including but not limited to the Flashwave 7500, which counsel for Tellabs Operations identified as the accused product in a letter dated August 18, 2008, that it has not otherwise infringed and is not now infringing the '772 patent. Fujitsu lacks knowledge or information sufficient to form a belief about the truth of any other allegations of Paragraph 10 of the Complaint.

Complaint Paragraph 11.    Defendants' past and continued acts of infringement of the '772 patent have injured Tellabs and thus Tellabs is entitled to recover compensatory damages for the infringement in an amount subject to proof at trial.

**Answer by Fujitsu:** Because the Complaint does not identify any specific products that are alleged to infringe, the allegations of the Complaint in general and the allegations of Paragraph 11 of the Complaint in specific are vague and ambiguous and thus cannot be either admitted or denied. Fujitsu avers that it is informed and believes that it has not engaged in any conduct with respect to any "products" that would constitute an infringement of the '772 patent, including but not limited to the Flashwave 7500, which counsel for Tellabs Operations identified as the accused product in a letter dated August 18, 2008, that it has not otherwise infringed and is not now infringing the '772 patent, that it has not contributed to or induced the infringement of the '772 patent by any other party, such that Tellabs is not entitled to recovery of any nature, and specifically is not entitled to monetary damages. Fujitsu lacks knowledge or information

sufficient to form a belief about the truth of any other allegations of Paragraph 11 of the Complaint.

Complaint Paragraph 12.    Defendants' infringement of Tellabs' exclusive rights under the '772 patent will continue to damage Tellabs' business, causing irreparable injury to Tellabs, for which there is no adequate remedy at law, unless Defendants are enjoined by this Court from further infringement.

**Answer by Fujitsu:**  Because the Complaint does not identify any specific products that are alleged to infringe, the allegations of the Complaint in general and the allegations of Paragraph 12 of the Complaint in specific are vague and ambiguous and thus cannot be either admitted or denied.  Fujitsu avers that it is informed and believes that it has not engaged in any conduct with respect to any "products" that would constitute an infringement of the '772 patent, including but not limited to the Flashwave 7500, which counsel for Tellabs Operations identified as the accused product in a letter dated August 18, 2008, that it has not otherwise infringed and is not now infringing the '772 patent, that it has not contributed to or induced the infringement of the '772 patent by any other party, such that Tellabs is not entitled to recovery of any nature, and specifically is not entitled to injunctive relief.  Fujitsu lacks knowledge or information sufficient to form a belief about the truth of any other allegations of Paragraph 12 of the Complaint.

Complaint Paragraph 13.    On information and belief, Defendants' acts of infringement, if not ceased immediately, will be committed with full knowledge of Tellabs' rights under the '772 patent, and in willful and wanton disregard thereof, rendering this an exceptional case under 35 U.S.C. §§ 284 and 285.

**Answer by Fujitsu:**  Denied.

## PRAYER FOR RELIEF

Fujitsu denies that Plaintiff is entitled to any relief and denies all of the allegations contained in paragraphs A-I of Plaintiff's Prayer For Relief.

## AFFIRMATIVE DEFENSES

Fujitsu incorporates herein by reference its responses to the specific paragraphs of the Complaint, further asserts the following affirmative and other defenses and reserves the right to amend its Answer and Affirmative Defenses as additional information becomes available.

## FIRST AFFIRMATIVE DEFENSE

For the reasons stated above, Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

On information and belief, Fujitsu has not and is not infringing the '772 patent, and has not contributed to or induced the infringement of the '772 patent by anyone else.

## THIRD AFFIRMATIVE DEFENSE

On information and belief, the '772 patent is invalid for failing to comply with one or more requirements of the patent laws of the United States, including, but not limited to, the conditions for patentability set forth in 35 U.S.C. §§ 101, 102, 103 and 112.

## FOURTH AFFIRMATIVE DEFENSE

On information and belief, Plaintiff is estopped by representations or actions taken during the prosecution of the '772 patent under the doctrine of prosecution history estoppel.

## FIFTH AFFIRMATIVE DEFENSE

On information and belief, Plaintiff's claims under the '772 patent are barred by laches.

## SIXTH AFFIRMATIVE DEFENSE

On information and belief, Plaintiff's claim for damages, if any, is limited by 35 U.S.C. § 287.

## COUNTERCLAIMS

### Parties

1.      Counterclaimant Fujitsu is a corporation organized and existing under the laws of Japan and having a principal place of business at 1-1 Kamikodanaka 4-chome, Nakahara-ku, Kawasaki-shi, Kanagawa-ken, 211-8588 Japan.  Fujitsu is the owner of all right, title and interest in United States Patent Nos. 5,533,006 and 7,227,681 ("the Fujitsu Patents").

2.      On information and belief, Counterclaim Defendant Tellabs Operations, Inc. ("Tellabs Operations") is a Delaware corporation and having its principal place of business at One Tellabs Center, 1415 West Diehl Road, Naperville, Illinois 60563.  Tellabs Operations alleges that it is the owner of all rights in the '772 patent asserted by Tellabs Operations in this action.

3.      On information and belief, Counterclaim Defendant Tellabs, Inc. ("Tellabs") is a Delaware corporation with its principal executive offices at One Tellabs Center, 1415 West Diehl Road, Naperville, Illinois 60563.

4.      Tellabs Operations and Tellabs manufacture, assemble, use, offer for sale and/or sell optical communication products (referred to as "the Accused Tellabs Products").  Upon information and belief, the Accused Tellabs Products are made, used, offered for sale and/or sold in the United States, including in the State of Illinois.

5.      The Accused Tellabs Products have infringed and continue to infringe U.S. Patents owned by Fujitsu.  Accordingly, Fujitsu seeks monetary damages to remedy Tellabs

Operations' and Tellabs' past infringement of the Fujitsu Patents and an injunction to prevent further acts of infringement.

## Jurisdiction and Venue

6.      This Court has subject matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331, 1338, 2201 and 2202.

7.      Venue is proper in this judicial district for these Counterclaims pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b).

8.      By its Complaint, Plaintiff Tellabs Operations has alleged that it is the owner of U.S. Patent No. 7,369,772 ("the '772 patent"), that the '772 patent is valid and enforceable, and that Fujitsu has infringed the '772 patent by making, offering for sale, selling, and using certain "products," which products Plaintiff has not identified in any pleading.  On information and belief, Fujitsu denies that any of its products infringes or has infringed any claim of the '772 patent directly or indirectly, or that it has contributed to or induced the infringement of the '772 patent by another, and contends that the '772 patent is invalid for failure to comply with the patent laws of the United States, including, without limitation, the provisions of 35 U.S.C. §§ 101, 102, 103 and 112.  A justiciable controversy therefore exists between Tellabs Operations and Fujitsu.

## FIRST COUNTERCLAIM FOR RELIEF
### (Non-Infringement of '772 Patent Against Tellabs Operations)

9.      Fujitsu incorporates by reference the allegations of paragraphs 1-8 as though fully set forth herein.

10.     On information and belief, Fujitsu has not infringed and is not infringing any valid and enforceable claim of the '772 patent.

11.     A judicial declaration is necessary and appropriate at this time so that Fujitsu may

ascertain its rights and duties with respect to the manufacture and sale of "products" that Tellabs

Operations alleges infringe the '772 patent.

## SECOND COUNTERCLAIM FOR RELIEF
### (Invalidity of '772 Patent Against Tellabs Operations)

12.     Fujitsu incorporates by reference the allegations of paragraphs 1-11 as though

fully set forth herein.

13.     On information and belief, the claims of the '772 patent are invalid for failing to

comply with one or more requirements of the patent laws of the United States, including, but not

limited to, the conditions for patentability set forth in 35 U.S.C. §§ 101, 102, 103 and 112.

14.     A judicial declaration is necessary and appropriate at this time so that Fujitsu may

ascertain its rights and duties with respect to the manufacture and sale of its "products" that

Tellabs Operations alleges infringe the '772 patent.

## THIRD COUNTERCLAIM FOR RELIEF
### (Infringement of U.S. Patent No. 5,533,006 Against Tellabs Operations and Tellabs)

15.     Fujitsu incorporates by reference the allegations of paragraphs 1-14 as though

fully set forth herein.

16.     On July 2, 1996, United States Patent No. 5,533,006 ("the '006 Patent") duly and

legally issued to Fujitsu.  This patent is titled "Control System For A Ring Type Network

Systems."  A copy of the '006 Patent is attached hereto as "Exhibit A" and made a part hereof.

17.     Fujitsu is the owner of the '006 Patent and has the right to enforce the '006

Patent.

18.     On information and belief, Tellabs Operations and Tellabs are making, using,

offering to sell and/or selling, or inducing the same, systems falling within the scope of one or

more of the claims of the '006 Patent, including, but not limited to, Tellabs 7100 Optical

11

Transport System, Tellabs 7100 Nano Optical Transport System, Tellabs 5500 NGX Transport

Switch Series, Tellabs 5500 NGX-S Transport Switch, Tellabs 5500 Digital Cross-Connect

System Consolidated Core Switch and  Tellabs 5500 Digital Cross-Connect System High-

Density Port Shelf (HD-96).  As a result, Tellabs Operations and Tellabs have infringed, literally

and/or by equivalents,  continue to infringe, and/or threaten infringement of one or more of the

claims of the '006 Patent as defined by 35 U.S.C. § 271.  Fujitsu has suffered damage by reason

of Tellabs Operations' and Tellabs' infringement and will continue to suffer additional damage

until this Court enjoins the infringing conduct.  On information and belief, Tellabs Operations

and Tellabs are contributing to infringement of one or more claims of the '006 patent by offering

to sell and selling its systems , including, but not limited to, Tellabs 7100 Optical Transport

System, Tellabs 7100 Nano Optical Transport System, Tellabs 5500 NGX Transport Switch

Series, Tellabs 5500 NGX-S Transport Switch, Tellabs 5500 Digital Cross-Connect System

Consolidated Core Switch and  Tellabs 5500 Digital Cross-Connect System High-Density Port

Shelf (HD-96), to customers, buyers, users and others that directly infringe the '006 patent.

19.     On information and belief, Tellabs Operations' and Tellabs' acts of infringement

have been, and, if not ceased immediately, will be committed with full knowledge of Fujitsu's

rights under the '006 Patent, and in willful and wanton disregard thereof, rendering this an

exceptional case under 35 U.S.C. § 285.

20.     Fujitsu believes that Tellabs Operations and Tellabs will continue to infringe the

'006 Patent unless enjoined by this Court.  Such infringing activity causes Fujitsu irreparable

harm and will continue to cause such harm without the issuance of an injunction.

## FOURTH COUNTERCLAIM FOR RELIEF
### (Infringement of U.S. Patent No. 7,227,681 Against Tellabs Operations and Tellabs)

21.     Fujitsu incorporates by reference the allegations of paragraphs 1-20 as though

fully set forth herein.

22.      On June 5, 2007, United States Patent No. 7,227,681 ("the '681 Patent") duly and legally issued to Fujitsu.  This patent is titled "Controller Which Controls A Variable Optical Attenuator To Control The Power Level Of A Wavelength-Multiplexed Optical Signal When The Number Of Channels Are Varied."  A copy of the '681 Patent is attached hereto as "Exhibit B" and made a part hereof.

23.      Fujitsu is the owner of the '681 Patent and has the right to enforce the '681 Patent.

24.      On information and belief, Tellabs Operations and Tellabs are making, using, offering to sell and/or selling, or inducing the same, systems falling within the scope of one or more of the claims of the '681 Patent, including, but not limited to, the Tellabs 7100 Optical Transport System and the Tellabs 7100 Nano Optical Transport System.  As a result, Tellabs Operations and Tellabs have infringed, literally and/or by equivalents,  continue to infringe, and/or threaten infringement of one or more of the claims of the '681 Patent as defined by 35 U.S.C. § 271.  Fujitsu has suffered damage by reason of Tellabs Operations' and Tellabs' infringement and will continue to suffer additional damage until this Court enjoins the infringing conduct.  On information and belief, Tellabs Operations and Tellabs are contributing to infringement of one or more claims of the '681 patent by offering to sell and selling its systems, including, but not limited to, the Tellabs 7100 Optical Transport System and the Tellabs 7100 Nano Optical Transport System, to customers, buyers, users and others that directly infringe the '681 patent.

25.      On information and belief, Tellabs Operations' and Tellabs' acts of infringement have been, and, if not ceased immediately, will be committed with full knowledge of Fujitsu's

rights under the '681 Patent, and in willful and wanton disregard thereof, rendering this an exceptional case under 35 U.S.C. § 285.

26.     Fujitsu believes that Tellabs Operations and Tellabs will continue to infringe the '681 Patent unless enjoined by this Court.  Such infringing activity causes Fujitsu irreparable harm and will continue to cause such harm without the issuance of an injunction.

## EXCEPTIONAL CASE

27.     On information and belief, this is an exceptional case entitling Fujitsu to an award of its attorneys' fees incurred in connection with defending and prosecuting this action pursuant to 35 U.S.C. § 285.

WHEREFORE, Fujitsu prays for judgment as set forth hereinafter.

## PRAYER FOR RELIEF

WHEREFORE, Fujitsu prays for judgment that:

A.     awards Tellabs Operations nothing from its complaint;

B.     dismisses Tellabs Operation's Complaint with prejudice;

C.     declares that Fujitsu has not infringed and does not infringe, directly or indirectly, any claim of the '772 patent, either literally or under the doctrine of equivalents, willfully or otherwise;

D.     declares that the '772 patent is invalid;

E.     declares that Tellabs Operations' claims are barred by estoppel;

F.     declares that that Tellabs Operations' claims are barred by laches;

G.     declares that Tellabs Operations' claims are limited and/or barred in whole or in part by the provisions of 35 U.S.C. § 287;

H.     denies Tellabs Operations' request for damages and injunctive relief;

I.      declares that one or more of the claims of the '006 Patent and '681 Patent have been infringed, either literally and/or under the doctrine of equivalents, by Tellabs Operations and Tellabs;

J.      declares that Fujitsu is entitled to the full amount of its actual damages caused by Tellabs Operations' and Tellabs' infringing activities, which include lost profits and/or a reasonable royalty and an assessment of interests and costs, and trebling the same by reason of the willful, wanton, and deliberate nature of such infringement;

K.      declares that Tellabs Operations' and Tellabs' infringement is willful;

L.      declares that this is an "exceptional case" and awarding Fujitsu its reasonable attorneys' fees and costs pursuant to 35 U.S.C. § 285;

M.      declares that Tellabs Operations and Tellabs be preliminarily and permanently enjoined from further activity or conduct that infringes the claims of the '006 Patent and '681 Patent; and

N.      grants to Fujitsu of any further equitable or legal relief as the Court deems just and proper.

Respectfully submitted,

Dated: <u>September 5, 2008</u>            By:      <u>  /s David C. Van Dyke                    </u>
                                                  David C. Van Dyke (#6204705)
                                                  **Cassiday Schade LLP**
                                                  20 N. Wacker Drive
                                                  Suite 1040
                                                  Chicago, IL 60606
                                                  (312) 641-3100

Robert W. Dickerson
David E. Wang
Jae Kim
Mark Stirrat
Orrick, Herrington & Sutcliffe, LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 567-6700

Jeffrey A. Miller
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400

Attorneys for Defendant Fujitsu Limited

US005533006A

## United States Patent [19]

### Uchida

[11] **Patent Number:** 5,533,006

[45] **Date of Patent:** Jul. 2, 1996

[54] **CONTROL SYSTEM FOR A RING TYPE NETWORK SYSTEM**

[75] Inventor: **Tetsuya Uchida**, Kawasaki, Japan

[73] Assignee: **Fujitsu Limited**, Kanagawa, Japan

[21] Appl. No.: **196,057**

[22] Filed: **Feb. 14, 1994**

[30] **Foreign Application Priority Data**

Sep. 13, 1993 [JP] Japan ..................... 5-226780

[51] Int. Cl.⁶ ...................................... **H04L 11/22**
[52] U.S. Cl. ......................... **370/16.1**; 370/85.15
[58] Field of Search ................................ 370/13, 15, 16,
370/16.1, 110.1, 85.12, 85.15; 340/825.05;
395/182.02, 182.01, 182.08

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,506,357 | 3/1985 | Nakayashiki et al. | 370/16 |
| 4,593,154 | 6/1986 | Takeda et al. | 370/16 |
| 5,159,595 | 10/1992 | Flanagan et al. | 370/16 |
| 5,265,096 | 11/1993 | Parruck | 370/110.1 |
| 5,278,824 | 1/1994 | Kremer | 370/16.1 |
| 5,282,200 | 1/1994 | Dempsey et al. | 370/110.1 |
| 5,307,353 | 4/1994 | Yamashita et al. | 371/11.2 |

*Primary Examiner*—Wellington Chin
*Assistant Examiner*—Chau T. Nguyen

[57] **ABSTRACT**

A node for a ring type synchronous optical network can continue to communicate with another node, when a transmission path is interrupted, located on the opposite side of the interrupted transmission path. A cross connecting unit cross connects the ring type transmission path with an external transmission path. The cross connecting unit generates and sends to another node an alarm indication signal when the ring type optical path is interrupted. A path switching unit switches the connection of an external transmission path to either direction of the ring type transmission path. A controlling unit controls the path switching unit, when an alarm indication signal is received from another node, so that the path switching unit switches the connection to a side opposite to a side from which the alarm indication signal has been received.

**11 Claims, 4 Drawing Sheets**



# FIG.I PRIOR ART



# F I G . 2   PRIOR ART



# FIG. 3



# F I G . 4



5,533,006

1

# CONTROL SYSTEM FOR A RING TYPE NETWORK SYSTEM

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a control system for a ring type network system, and more particularly to a control system for a ring type synchronous optical communication network system in which a plurality of nodes are connected via a ring type transmission path.

### 2. Description of the Prior Art

A synchronous optical network (SONET) in which a plurality of nodes are connected via a ring type transmission path is known to the art. Each of the nodes is provided with a cross connecting unit and a path switching unit. The cross connecting unit serves to make a cross connection between desired paths. The path switching unit serves to connect, for example, a low data transmission rate network to a desired path.

A description will be given, with reference to FIG. 1, of a conventional SONET. The SONET shown in FIG. 1 is a network in which a plurality of nodes A, B, C are connected via a ring type optical transmission line 34. The nodes A, B, C have cross connecting units 31a, 31b, 31c, path switching units 32a, 32b, 32c, and controlling units 33a, 33b, 33c, respectively. It should be noted that, although the SONET shown in FIG. 1 is described with only three nodes for convenience, a practical SONET generally comprises more than three nodes.

Each of the nodes A, B, C transmits multiple optical signals to the optical transmission line 34 comprising a plurality of optical paths in either direction. A cross connection between desired paths is made in the cross connecting units 31a, 31b, 31c. A connection of each reception path R is switched in the path switching units 32a, 32b, 32c. In the figure, the path switching units 32a and 32c are switched so that a signal from the node B is received by the node A, and a signal from the node A is received by the node C. Transmission paths S are connected to the corresponding path of the respective nodes A and C, and signals supplied via the paths S are added to signals transmitted via the optical transmission line 34 in either direction. Accordingly, the nodes A and C can mutually make a communication via the transmission paths S and the reception paths R.

On the assumption that a problem such as interruption of the optical fiber has occurred at a position marked by X on the optical transmission lines 34 between the nodes A and C, an optical signal transmitted by the node B cannot reach the node A. The node B detects the fact that the optical path to the node A is interrupted, and transmits, accordingly, to the node C an alarm indication signal (AI signal) via the transmission side of the cross connecting unit 31b. Additionally, after the node A detects the fact that the optical signal is interrupted, an AI signal is also sent from the reception side of the cross connecting unit 31a to the transmission side thereof. Formats for the AI signal have been already standardized in the SONET technology.

When the controlling unit 33a detects the AI signal, the controlling unit 33a switches the connection of the reception path R to the normally functioning side (node C side) opposite to the side (node B side) from which the AI signal is received. Additionally, the controlling unit 33c of the node C switches the path switching unit 32c when the AI signal is received from the node B. In the figure, since the reception path was initially switched to the node A side, the connection

2

is not switched so as to maintain the connection in the same state. Accordingly, the communication between the nodes A and C can be continuously performed even though there is an interruption on the optical transmission line 34.

In the above-mentioned SONET, an unequipment code signal (UNEQ signal) is sent to a path which is not currently used. Formats for the unequipment code signal have been already standardized in the SONET technology. The controlling units 33a, 33b, 33c of the respective nodes A, B, C recognize that the path via which the UNEQ signal is received is a path which does not require a cross connection with other nodes, and accordingly the controlling units 33a, 33b, 33c do not control the path switching units 32a, 32b, 32c when the UNEQ signal is received.

In a case that the SONET comprises a number of nodes, alterations, cancellations and additions for the cross connection may be applied at various locations. If an erroneous setting of the cross connection is made, the corresponding path may be determined to be out of order. For example, when establishing a path between the nodes A and C, cross connection for the node B is set, as shown by a solid line in FIG. 1, in the cross connecting unit 31b. If the cross connection between the nodes A and C is not established, as shown by the cross connecting unit 31b in FIG. 2, due to an erroneous cancellation or an erroneous initial setting, an UNEQ signal is sent from the node B to the node A because a path between the nodes A and C is not established.

Since the controlling unit 33a does not perform switching on the path switching unit 32a when an UNEQ signal is received, the reception path R between the nodes A and C is determined to be interrupted at the node B. That is, there may be a problem in that communication between the nodes A and C is not established. In such a case, one solution to eliminate the problem is to search for the erroneously set node from among a number of nodes. That is, a seeking operation is performed for the particular node sending the UNEQ signal. However, finding the particular node is extremely difficult and not a practical solution because there are a number of cross connections in each of the nodes, which results in that a large number of cross connections must be checked.

## SUMMARY OF THE INVENTION

It is a general object of the present invention to provide an improved and useful control system for a ring type synchronous optical network system in which the above-mentioned disadvantages are eliminated.

A more specific object of the present invention is to provide a node for a ring type synchronous optical network which node can continue to communicate, when a transmission path is interrupted, with another node located on the opposite side to the interrupted transmission path.

Another object of the present invention is to provide a node for a ring type synchronous optical network system which node can communicate, if there is an erroneous setting of a cross connection in one of the other nodes provided in the optical system, with another node located on the opposite side to that of the node having the erroneous setting of the cross connection.

In order to achieve the above-mentioned objects, there is provided, according to the present invention, a node in a ring type network in which a plurality of nodes are connected via a ring type transmission path, multiplexed signals being bidirectionally transmitted through the ring type transmission path, the node comprising:

5,533,006

3

a cross connecting unit for cross connecting the ring type transmission path, the cross connecting unit generating and sending to another node an alarm indication signal when the ring type transmission path is interrupted;

a path switching unit for switching the connection of an external transmission path to either direction of the ring type transmission path; and

a controlling unit for controlling the path switching unit, when an alarm indication signal is received from another node, so that the path switching unit switches the connection of the external transmission path to a side opposite to a side from which the alarm indication signal has been received.

There is provided, according to the present invention, a node in a ring type network in which a plurality of nodes are connected via a ring type transmission path, multiplexed signals being bidirectionally transmitted through the ring type transmission path, the node comprising:

a cross connecting unit for cross connecting the ring type transmission path, the cross connecting unit generating and sending to another node an unequipment signal when a cross connection is not set in the cross connecting unit;

a path switching unit for switching the connection of an external transmission path to either direction of the ring type transmission path;

a controlling unit for controlling the path switching unit, when an unequipment signal is received from another node, so that the path switching unit switches the connection of the external transmission path to a side opposite to a side from which an unequipment signal has been received.

Other objects, features and advantages of the present invention will become more apparent from the following detailed description when read in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an illustration of an example of a conventional synchronous optical network;

FIG. 2 is an illustration of the example of FIG. 1 for explaining a state where communication between two nodes is erroneously interrupted;

FIG. 3 is an illustration of an embodiment of a synchronous optical network according to the present invention; and

FIG. 4 is a block diagram of a node used in the network of FIG. 3.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

A description will now be given, with reference to FIG. 3, of a synchronous optical network according to the present invention. FIG. 3 shows a structure of a synchronous optical network according to the present invention.

The network system according to the present invention comprises, similar to the conventional synchronous optical network, a plurality of nodes 4 connected via a ring type optical transmission line 5 comprising a plurality of optical paths. Multiplexed optical signals can be bidirectionally transmitted through the ring type optical transmission line 5. Each of the nodes 4 has a cross connecting unit 1, a path switching unit 2 and a controlling unit 3. The cross connecting unit 1 and the path switching unit 2 function

4

similarly to that of the node provided in the conventional synchronous optical network described above.

The controlling unit 3 switches the path switching unit 2 so that a reception path R is switched to a side opposite to a side from which an alarm indication signal (AI signal) or an unequipment signal (UNEQ signal) is received.

Additionally, the controlling unit 3 can determine an optical path which is not in use. The controlling unit 3 inhibits switching of the path switching unit 2 when an UNEQ signal is received with respect to the optical path which is not in use.

A description will now be given, with reference to FIG. 4, of a structure of an embodiment of the node 4 shown in FIG. 3. FIG. 4 shows an essential part of the node according to the present invention.

The node 4 comprises converting units 11, 12, multiplexing/demultiplexing units 13, 14, a time slot interchanging unit 15, a controlling unit 16 and a path switching unit 17. The converting units 11, 12 convert optical signals into electric signals or convert electric signals into optical signals. The multiplexing/demultiplexing units 13, 14 perform a multiplexing operation and a demultiplexing operation on the signals. The time slot interchanging unit 15 performs a cross connection by interchanging signal time slots. The cross connecting unit of the node 4 comprises the converting units 11, 12, multiplexing/demultiplexing units 13, 14 and a time slot interchanging unit 15.

The controlling unit 16 comprises a first AI signal detecting section 18 and a second AI signal detecting section 19, a first UNEQ signal detecting section 20 and a second UNEQ signal detecting section 21, and a determining section 22. A variety of known structures may be adopted for the first AI signal detecting section 18 and the second AI signal detecting section 19 since the format for AI signals has already been standardized. Additionally, structures of the first UNEQ signal detecting section 20 and the second UNEQ signal detecting section 21 can be easily realized since the format for UNEQ signals has already been standardized.

The determining section 22 determines whether or not only one AI signal is input from another node to the node 4 in accordance with a first detection signal input from the AI signal detecting section 18 and a second detection signal input from the AI signal detecting section 19. The determining section 22 also determines whether or not only one UNEQ signal is input from another node to the node 4 in accordance with a third detection signal input from the UNEQ signal detecting section 20 and a fourth detection signal input from the UNEQ signal detecting section 21. The determining section 22 switches the path switch 23 in accordance with the result of the determination. Additionally, an unused path switch information (UNP) information is supplied for the path which will not be in use. The UNP information is input by the operator via an operational input terminal (not shown in the figure) to the node 4. If a UNEQ signal is detected, by the UNEQ signal detecting sections 20 and 21, for the path indicated by the UNP information, the controlling unit 16 prevents the switching operation for the path switch 23 from being performed.

The path switching unit 17 comprises at least one path switch 23. The node 4 having the above-mentioned structure is connected with optical transmission paths 24 and 25 at the converting units 11 and 12, respectively.

A description will now be given of an operation of the above-mentioned node 4.

An optical signal received by the converting unit 11 via the east side (ES) optical transmission path 24 is converted

5,533,006

5

into an electric signal in the converting unit 11, and then the electric signal is demultiplexed by the multiplexing/demultiplexing unit 13. The electric signal is then subject to a time slot interchanging process by the time slot interchanging unit 15 in accordance with a given cross connection setting condition. After the time slot interchanging operation is performed, a signal is to be added to the path is multiplexed by the multiplexing/demultiplexing unit 14. The multiplexed electric signal is then converted into an optical signal by the converting unit 12, and is sent to other nodes via the west side (WS) optical transmission path 25.

On the other hand, an optical signal received by the converting unit 12 via the west side optical transmission path 25 is converted into an electric signal in the converting unit 14, and then the electric signal is demultiplexed by the multiplexing/demultiplexing unit 14. The electric signal is then subject to a time slot interchanging process by the time slot interchanging unit 15 in accordance with a given cross connection setting condition. After the time slot interchanging operation is performed, a signal added to the path is multiplexed by the multiplexing/demultiplexing unit 13. The multiplexed electric signal is then converted into an optical signal by the converting unit 11, and is sent to other nodes via the ES optical transmission path 24.

A signal supplied via the transmission path S to the path switching unit 17 is inserted into the time slot of a given path, and the inserted signal is sent towards both directions ES and WS. A signal received via the optical transmission path 24 or 25 is separated from the time slot of the given path by the time slot interchanging unit 15, and supplied to the path switch 23. The separated signal is then sent via a reception path R. The selection of the signal, from ES or WS, to be sent via the reception path R is made by switching the path switch 23.

The AI signal detecting section 18 detects an AI signal from the east side, and sends a first detection signal to the determining section 22. The AI signal detecting section 19 detects an AI signal from the west side, and sends a second detection signal to the determining section 22. If the determining section 22 receives the first detection signal from the AI signal detecting unit 18 corresponding to the east side, and does not receive the second detection signal from the AI signal detecting unit 19 corresponding to the west side, the determining section switches the path switch R so that the reception path R is connected to the west side. That is, if it is determined by the determining section 22 that an AI signal is received only from either the west side or the east side, it is indicated that there is an interruption in the optical transmission path at a position on the side from which the AI signal is received. By the above switching operation of the path switch 23, the reception path R is switched from the abnormal east side to the normal west side.

The UNEQ signal detecting section 20 detects an UNEQ signal from the east side, and sends a third detection signal to the determining section 22. The UNEQ signal detecting section 21 detects an UNEQ signal from the west side, and sends a fourth detection signal to the determining section 22. If the determining section 22 receives the third detection signal from the UNEQ signal detecting section 20 corresponding to the east side, and does not receive the fourth detection signal from the UNEQ signal detecting unit 21 corresponding to the west side, the determining section 22 switches the path switch so that the reception path is connected to the west side. That is, if it is determined by the determining section that an UNEQ signal is received from the east side due to an erroneous setting of the cross connection in a node located on the east side, the connection

6

of the reception path R is switched to the west side so that a transmission path can be established with the node located on the west side. Therefore, the node having an erroneous setting or an erroneous cancellation of the cross connection can be found by following the nodes through the transmission path, and thus the erroneous setting or the erroneous cancellation of the cross connection can be recovered by applying an appropriate treatment.

In the above-mentioned case, since an UNEQ signal is sent for all paths which are not in use, the determining section 22 must switch the path switches corresponding to all UNEQ signals, resulting in an increase of the processing load on the determining section 22. In order to reduce the processing load of the determining section 22, the third or fourth detection signal corresponding to the path indicated by the UNP signal is ignored. That is, a UNP signal is supplied to the determining section 22, and thereby the control for the switching of the path switch 23 with respect to the path indicated by the UNP signal is not performed. Therefore, an unnecessary controlling operation is eliminated, and thus the processing load of the determining section 22 can be reduced.

Additionally, if UNEQ signals are received from both the east side and the west side, the third and the fourth detection signals are supplied to the determining section 22 from the UNEQ signal detecting section 20 and the UNEQ signal detecting section 21 at the same time. In such a case, the determining section 22 may be set to maintain the initial state of the path switching unit 17, or may be set to control to switch the path switch 23 to a predetermined side.

Although the above-mentioned embodiment is directed to a ring type synchronous optical network, the present invention may be applied to a ring type network using an electric signal transmission path. Additionally, although the cross connecting unit in the above embodiment is described as performing a cross connection on electric signals, an cross connection may be performed directly on optical signals.

The present invention is not limited to the specifically described embodiment, and variations and modifications may be made without departing from the scope of the present invention.

What is claimed is:

1. A node provided in a ring type network having a plurality of nodes coupled to each other via ring type transmission path means having signal receiving paths and signal transmitting paths for respectively receiving and transmitting multiplexed signals in mutually opposite directions between said nodes, the node comprising:

cross connecting means, coupled to said ring type transmission path means, for cross connecting the paths of the ring type transmission path means by dropping signals in time slots of the node and passing through signals in time slots of other nodes of the network;

path switching means, coupled to said cross connecting means, for switching only signal receiving paths of said ring type transmission path means to connect the node to one of two signal receiving paths from which said node is to receive a signal; said two signal receiving paths transmitting signals in two mutually opposite directions; and

controlling means, coupled to said path switching means, for controlling a switching operation of said path switching means to connect the node to one of the two signal receiving paths in response to at least one unequipment code signal received via another of said two signal receiving paths from an arbitrary node

5,533,006

7

coupled to said node and indicating an unused path which is not cross-connected in said arbitrary node.

2. The node as claimed in claim 1, wherein said controlling means also controls switching of said path switching means to connect the node to one of the two signal receiving paths in response to an alarm indication signal received via said another of said two signal receiving paths from another arbitrary node coupled to said node and indicating a connection failure between said node and said arbitrary node coupled to said node.

3. The node as claimed in claim 1, wherein said controlling means determines an unused path of said node and inhibits switching of said path switching means when an unequipment code signal is received with respect to said unused path of said node.

4. The node as claimed in claim 1, wherein said cross-connecting means is coupled to optical paths forming said ring type transmission path means.

5. A node provided in a ring type network having a plurality of nodes coupled to each other via ring type transmission path means having signal receiving paths and signal transmitting paths for respectively receiving and transmitting multiplexed signals in mutually opposite directions between said nodes, the node comprising:

cross connecting means, coupled to said ring type transmission path means, for cross connecting the paths of the ring type transmission path means by dropping signals in time slots of the node and passing through signals in time slots of other nodes of the network;

path switching means, coupled to said cross connecting means, for switching only signal receiving paths of said ring type transmission path means to connect the node to one of two signal receiving paths from which said node is to receive a signal; said two signal receiving paths transmitting signals in two mutually opposite directions; and

controlling means, coupled to said path switching means, for controlling a switching operation of said path switching means to connect the node to one of the two signal receiving paths in response to at least one unequipment code signal received via another of said two signal receiving paths from one arbitrary node coupled to said node and indicating an unused path which is not cross-connected in said one arbitrary node, said controlling means also controlling switching of said path switching means to connect the node to one of the two signal receiving paths in response to an alarm indication signal received via said another of said two signal receiving paths from another arbitrary node coupled to said node and indicating a connection failure between said node and said one arbitrary node coupled to said node, wherein said controlling means comprises:

a first alarm indication signal detecting means, coupled to said cross connecting means, for detecting a first alarm indication signal received from a first signal receiving path of said two signal receiving paths and outputting a first detection result signal;

a first unequipment code signal detecting means, coupled to said cross connecting means, for detecting a first unequipment code signal received from said first signal receiving path and outputting a second detection result signal;

a second alarm indication signal detecting means, coupled to said cross-connecting means, for detecting a second alarm indication signal received from a second signal

8

receiving path of said two signal receiving paths and outputting a third detection result signal;

a second unequipment code signal detecting means, coupled to said cross-connecting means, for detecting a second unequipment code signal received from said second signal receiving path and outputting a fourth detection result signal; and

a determining means, coupled to said first and second alarm indication signal detecting means and to said first and second unequipment signal detecting means, for comparing the first and third detection result signals received from said first and second alarm indication signal detecting means and the second and fourth detection result signals received from said first and second unequipment code signal detecting means, respectively, and for controlling the switching of said path switching means based on the comparison.

6. A control system for a ring type network comprising:

a plurality of nodes; and

ring type transmission path means having signal receiving paths and signal transmitting paths for respectively receiving and transmitting multiplexed signals in mutually opposite directions between said nodes;

said plurality of nodes being coupled to each other via said ring type transmission path means to form the ring type network, at least one of said nodes comprising:

cross-connecting means, coupled to said ring type transmission path means, for cross-connecting the paths of the ring type transmission path means by dropping signals in time slots of said one node and passing through signals in time slots of other nodes of the network;

path switching means, coupled to said cross-connecting means, for switching only signal receiving paths of said ring type transmission path means to connect said at least one node to one of two signal receiving paths from which said at least one node is to receive a signal, said two signal receiving paths transmitting signals in two mutually opposite directions; and

controlling means, coupled to said path switching means, for controlling a switching operation of said path switching means to connect said at least one node to one of the two receiving paths in response to at least one unequipment code signal received via another of said two signal receiving paths from an arbitrary node coupled to said at least one node and indicating an unused path which is not cross-connected in said arbitrary node.

7. The control system as claimed in claim 6, wherein said controlling means of said at least one node also controls switching of said path switching means to connect said at least one node to one of the two signal receiving paths in response to an alarm indication signal received via another of said two received paths for another arbitrary node coupled to said at least one node and indicating a connection failure between said at least one node and said arbitrary node coupled to said at least one node.

8. The control system as claimed in claim 6, wherein said controlling means of said at least one node determines an unused path of said at least one node and inhibits switching of said path switching means when an unequipment code signal is received with respect to said unused path of said at least one node.

9. The control system as claimed in claim 6, wherein said ring type transmission path means comprise optical paths.

10. The control system as claimed in claim 9, wherein said optical paths of said ring type transmission path means

5,533,006

**9**

couple said nodes to form a synchronous optical communication network.

11. A control system for a ring type network comprising:

a plurality of nodes; and

ring type transmission path means having signal receiving paths and signal transmitting paths for respectively receiving and transmitting multiplexed signals in mutually opposite directions between said nodes;

said plurality of nodes being coupled to each other via said ring type transmission path means to form the ring type network, at least one of said nodes comprising:

cross-connecting means, coupled to said ring type transmission path means, for cross-connecting the paths of the ring type transmission path means by dropping signals in time slots of said at least one node and passing through signals in time slots of other nodes of the network;

path switching means, coupled to said cross-connecting means, for switching only signal receiving paths of said ring type transmission path means to connect said at least one node to one of two signal receiving paths from which said at least one node is to receive a signal, said two signal receiving paths transmitting signals in two mutually opposite directions; and

controlling means, coupled to said path switching means, for controlling a switching operation of said path switching means to connect said at least one node to one of the two receiving paths in response to at least one unequipment code signal received via another of said two signal receiving paths from one arbitrary node coupled to said at least one node and indicating an unused path which is not cross-connected in said one arbitrary node,

said controlling means of said at least one node also controlling switching of said path switching means to connect said at least one node to one of the two signal receiving paths in response to an alarm indication

**10**

signal received via another of said two received paths from another arbitrary node coupled to said at least one node and indicating a connection failure between said at least one node and said one arbitrary node, coupled to said at least one node, wherein

said controlling means of said at least one node comprises:

a first alarm indicating signal detecting means, coupled to said cross-connecting means, for detecting a first alarm indication signal received from a first signal receiving path of said two signal receiving paths and outputting a first detection result;

a first unequipment code signal detecting means, coupled to said cross-connecting means, for detecting a first unequipment code signal received from said first signal receiving path and outputting a second detection result;

a second alarm indication signal detecting means, coupled to said cross-connecting means, for detecting a second alarm indication signal received from a second signal receiving path of said two signal receiving paths and outputting a third detection result;

a second unequipment code signal detecting means, coupled to said cross-connecting means, for detecting a second unequipment code signal received from said second signal receiving path and outputting a fourth detection result; and

a determining means, coupled to said first and second alarm indication signal detecting means and to said first and second unequipment code signal detecting means, for comparing the first and third detection results received from said first and second alarm indication signal detecting means and the second and fourth detection results received from said first and second unequipment code signal detecting means, respectively, and for controlling the switching of said path switching means based on the comparison.

* * * * *

(12) **United States Patent**
Sugaya et al.

(10) Patent No.: **US 7,227,681 B2**
(45) Date of Patent: ***Jun. 5, 2007**

(54) **CONTROLLER WHICH CONTROLS A VARIABLE OPTICAL ATTENUATOR TO CONTROL THE POWER LEVEL OF A WAVELENGTH-MULTIPLEXED OPTICAL SIGNAL WHEN THE NUMBER OF CHANNELS ARE VARIED**

(75) Inventors: **Yasushi Sugaya**, Kawasaki (JP); **Susumu Kinoshita**, Kawasaki (JP)

(73) Assignee: **Fujitsu Limited**, Kawasaki (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/956,107**

(22) Filed: **Oct. 4, 2004**

(65) **Prior Publication Data**

US 2005/0046927 A1     Mar. 3, 2005

**Related U.S. Application Data**

(60) Division of application No. 10/650,990, filed on Aug. 29, 2003, now Pat. No. 6,865,016, which is a division of application No. 10/057,866, filed on Jan. 29, 2002, now Pat. No. 6,646,791, which is a continuation of application No. 09/811,787, filed on Mar. 20, 2001, now Pat. No. 6,377,395, which is a continuation of application No. 09/359,779, filed on Jul. 26, 1999, now abandoned, which is a continuation of application No. 09/158,571, filed on Sep. 22, 1998, now Pat. No. 5,966,237, which is a division of application No. 08/845,847, filed on Apr. 28, 1997, now Pat. No. 6,025,947.

(30) **Foreign Application Priority Data**

May 2, 1996     (JP)     ..................................... 8-111447

(51) Int. Cl.
*H01S 3/00*     (2006.01)

(52) U.S. Cl. ............................. **359/337.1**; 359/337.12; 359/341.41

(58) Field of Classification Search ............. 359/337.1, 359/337.12, 341.41
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,644,145 A     2/1987   Gundner ..................... 359/134

(Continued)

FOREIGN PATENT DOCUMENTS

DE     195 16 439     11/1995

(Continued)

OTHER PUBLICATIONS

Japanese Publication "Er:Doped Fiber Amplifier for WDM Transmission Using Fiber Gain Control," Technical Report of IEICE, 0CS94-66, OPE94, Nov. 1994, (including English language Abstract).

(Continued)

*Primary Examiner*—Deandra M. Hughes
(74) *Attorney, Agent, or Firm*—Staas & Halsey LLP

(57) **ABSTRACT**

An optical amplifier which amplifies a wavelength division multiplexed (WDM) optical signal having a variable number of channels associated with different wavelengths and outputs the amplified WDM optical signal. The optical amplifier includes (a) an optical attenuator which controls a level of the amplified WDM optical signal, and (b) a controller which controls the WDM optical signal to be amplified with an approximately constant gain.

**16 Claims, 29 Drawing Sheets**



**US 7,227,681 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,280,383 A | | 1/1994 | Federici et al. | |
| 5,361,319 A | | 11/1994 | Antos et al. | |
| 5,396,360 A | | 3/1995 | Majima | 359/133 |
| 5,406,404 A | | 4/1995 | DiGiovanni et al. | 359/161 |
| 5,436,760 A | | 7/1995 | Nakabayashi | 359/341 |
| 5,463,487 A | | 10/1995 | Epworth | 359/160 |
| 5,506,724 A | * | 4/1996 | Shimizu et al. | 359/341.41 |
| 5,510,926 A | | 4/1996 | Bayart et al. | 359/160 |
| 5,530,584 A | | 6/1996 | Myslinski et al. | 359/337.1 |
| 5,552,919 A | * | 9/1996 | Majima et al. | 398/213 |
| 5,570,438 A | * | 10/1996 | Fontana et al. | 385/24 |
| 5,600,481 A | * | 2/1997 | Nakabayashi | 359/337.13 |
| 5,642,215 A | | 6/1997 | Suzuki et al. | 398/147 |
| 5,664,131 A | | 9/1997 | Sugiya | 359/341 |
| 5,673,129 A | * | 9/1997 | Mizrahi | 398/95 |
| 5,675,432 A | * | 10/1997 | Kosaka | 359/337.13 |
| 5,680,246 A | * | 10/1997 | Takahashi et al. | 359/341.43 |
| 5,717,510 A | * | 2/1998 | Ishikawa et al. | 398/199 |
| 5,754,571 A | * | 5/1998 | Endoh et al. | 372/20 |
| 5,764,404 A | | 6/1998 | Yamane et al. | 359/341 |
| 5,805,322 A | | 9/1998 | Tomofuji | 359/341 |
| 5,831,754 A | | 11/1998 | Nakano | 359/161 |
| 5,861,980 A | * | 1/1999 | Ono | 359/337.12 |
| 5,900,969 A | * | 5/1999 | Srivastava et al. | 359/341.42 |
| 5,946,117 A | * | 8/1999 | Meli et al. | 398/80 |
| 5,986,237 A | | 11/1999 | Sterling et al. | 359/341 |
| 5,995,274 A | | 11/1999 | Sugaya et al. | 359/337 |
| 6,025,947 A | | 2/2000 | Sugaya et al. | 359/160 |
| 6,055,092 A | | 4/2000 | Sugaya et al. | 359/337 |
| 6,067,187 A | * | 5/2000 | Onaka et al. | 359/337.11 |
| 6,144,485 A | * | 11/2000 | Sugaya et al. | 359/337 |
| 6,157,481 A | * | 12/2000 | Sugaya et al. | 359/337 |
| 6,198,572 B1 | | 3/2001 | Sugaya et al. | 359/337 |
| 6,342,965 B1 | | 1/2002 | Kinoshita | 359/334 |
| 6,377,395 B2 | | 4/2002 | Sugaya et al. | 359/341.41 |
| 6,646,791 B2 | | 11/2003 | Sugaya et al. | 359/341.41 |

FOREIGN PATENT DOCUMENTS

| DE | 195 16 439 A1 | 11/1995 |
|---|---|---|
| DE | 19516439 | 11/1995 |
| EP | 0 637 148 A1 | 2/1995 |
| EP | 0 677 902 A1 | 10/1995 |
| EP | 0 685 947 A1 | 12/1995 |
| EP | 0695050 | 1/1996 |
| EP | 0 812 078 A2 | 12/1997 |
| GB | 2280561 | 2/1995 |
| GB | 2 294 170 A | 4/1996 |
| GB | 2294170 | 4/1996 |
| JP | 3-206427 | 9/1991 |
| JP | 5-241209 | 9/1993 |
| JP | 7212315 | 8/1995 |
| JP | 09219696 A * | 8/1997 |

OTHER PUBLICATIONS

Nakabayashi, et al., Tech, Report of IEICE, OCS 94-66, OPE 94-89 (Nov. 1994) pp. 31-36 and 1-15.

Sugaya et al., OAA '95 Paper FC3, Jun. 16, 1995, 5 pages.

Chen, et al. "Field Experiment of 10Gbit/s, 360km Transmission Through Embedded Standard (non-DSF) Fibre Cables", Electronics Letters, Jul. 7, 1994, vol. 30, No. 14, pp. 1159-1160.

Zyskind et al., "Fast Power Transients in Optically Amplified Multiwavelength Optical Networks", OFC '96, Optical Fiber Communication, Technical Digest Series, Postconference Edition (IEEE Cat. No. CH35901), vol. 2, Feb. 25, 1996, pp. 451-454, XP-002109064.

Y. Sugaya, et al., "Novel Configuration for Low-Noise and Wide-Dynamic-Range ER-Doped Fiber Amplifier for WDM Systems", OAA '95, Paper FC32, Jun. 16, 1995.

European Patent Office Search Report dated Feb. 24, 2006 for corresponding European Patent Application No. 98 123 442.0-2415.

Chinese Office Action dated Nov. 3, 2006, for related Chinese Application No. 02123246.6.

* cited by examiner



*FIG. 1*
PRIOR ART



*FIG. 2*
PRIOR ART



FIG. 3



*FIG. 4(A)*

*FIG. 4(B)*



*FIG. 5*

# FIG. 6



## FIG. 7





*FIG. 8*



*FIG. 9*



FIG. 10





FIG. 12





F/G. 14



FIG. 15





*FIG. 17*

*FIG. 18(A)*



GAIN OF
EDF 52$_2$

WAVELENGTH

*FIG. 18(B)*



TRANSMISSIVITY
OF
FILTER A2

WAVELENGTH

*FIG. 18(C)*



OVERALL
GAIN OF
EDF 52$_2$
AND FILTER
A2

WAVELENGTH



FIG. 19



*FIG. 20*



FIG. 21



FIG. 22



*FIG. 23*



FIG. 24



*FIG. 25*

Case 1:08-cv-03379    Document 61-3    Filed 09/05/2008    Page 28 of 43



FIG. 26



*FIG. 27*

## FIG. 28





*FIG. 29*

US 7,227,681 B2

**1**

CONTROLLER WHICH CONTROLS A
VARIABLE OPTICAL ATTENUATOR TO
CONTROL THE POWER LEVEL OF A
WAVELENGTH-MULTIPLEXED OPTICAL
SIGNAL WHEN THE NUMBER OF
CHANNELS ARE VARIED

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application is a divisional of application Ser. No. 10/650,990, filed Aug. 29, 2003, now U.S. Pat. No. 6,865, 016, which is a divisional application of application Ser. No. 10/057,866, filed Jan. 29, 2002, now U.S. Pat. No. 6,646, 791, which is a continuation of application Ser. No. 09/811, 787, filed Mar. 20, 2001, now U.S. Pat. No. 6,377,395, which is a continuation of application Ser. No. 09/359,779, filed Jul. 26, 1999, now abandoned, which is a continuation of application Ser. No. 09/158,571, filed Sep. 22, 1998, now U.S. Pat. No. 5,966,237, which is a divisional of application of Ser. No. 08/845,847, filed Apr. 28, 1997, now U.S. Pat. No. 6,025,947.

This application is based on, and claims priority to, Japanese patent application 08-111447, filed May 2, 1996, in Japan, and which is incorporated herein by reference.

This application is related to U.S. patent application Ser. No. 08/655,027, filed May 28, 1996, and which is incorporated herein by reference.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a fiber optic communication system which uses wavelength division multiplexing to transmit a wavelength-multiplexed optical signal. More specifically, the present invention relates to a controller which controls an optical attenuator or an optical amplifier to change the power level of the wavelength-multiplexed optical signal when the number of channels are varied.

2. Description of the Related Art

Wavelength division multiplexing is used in fiber optic communication systems to transfer a relatively large amount of data at a high speed.

FIG. **1** is a diagram illustrating a conventional fiber optic communication system which uses wavelength division multiplexing to transmit, for example, four channels through a single optical fiber. Referring now to FIG. **1**, transmitting units **20-1**, **20-2**, **20-3** and **20-4** transmit individual carriers having wavelengths $\lambda 1$–$\lambda 4$, respectively. Each carrier is modulated with information and represents an individual channel. The different carriers are multiplexed together by an optical multiplexer **22** into a wavelength-multiplexed optical signal. The wavelength-multiplexed optical signal is transmitted through an optical fiber **24** to an optical demultiplexer **26**. Optical demultiplexer **26** branches the wavelength-multiplexed optical signal into four separate optical signals having the wavelengths $\lambda 1$–$\lambda 4$, respectively. The four separate branched optical signals are then detected by receiving units **28-1**, **28-2**, **28-3** and **28-4**, respectively.

While the above optical fiber communication system multiplexes four carriers together, it is common practice to multiplex more than four carriers. More specifically, many different carriers may be multiplexed together. In this manner, a relatively large amount of data can be transmitted through an optical fiber.

An optical amplifier (not illustrated) or an optical repeater (not illustrated) is typically inserted between optical multi-

**2**

plexer **22** and optical demultiplexer **26**, to amplify the wavelength-multiplexed optical signal travelling through optical fiber **24**. Such an optical amplifier is typically a rare-earth doped optical fiber amplifier which directly amplifies the wavelength-multiplexed optical signal. That is, a rare-earth doped optical fiber amplifier amplifies the wavelength-multiplexed optical signal without converting the wavelength-multiplexed optical signal into an electrical signal.

Unfortunately, the use of a rare-earth doped optical fiber amplifier causes several problems when the number of channels in the wavelength-multiplexed optical signal is varied. More specifically, during the variation (that is, before the variation in the number of channels is complete), the optical power of each channel can undesireably be varied, thereby causing non-linear degradation or S/N degradation of the wavelength-multiplexed optical signal.

SUMMARY OF THE INVENTION

Accordingly, it is an object of the present invention to provide an optical amplifying apparatus which reduces non-linear degradation and S/N degradation of a wavelength-multiplexed optical signal when the number of channels are varied.

Additional objects and advantages of the invention will be set forth in part in the description which follows, and, in part, will be obvious from the description, or may be learned by practice of the invention.

The foregoing objects of the present invention are achieved by providing an apparatus which includes an optical amplifier and a controller. The optical amplifier amplifies a light signal having a variable number of channels. The controller controls a power level of the amplified light signal in response to variations in the number of channels in the light signal.

More specifically, objects of the present invention are achieved by providing a controller which (a) prior to, and subsequent to, varying the number of channels in the light signal, passes the amplified light signal with a varying light transmissivity so that a power level of the amplified light signal is maintained at an approximately constant level in accordance with the number of channels in the light signal, and, (b) while the number of channels in the-light signal is being varied, passes the amplified light signal with a constant light transmissivity.

Objects of the present invention are also achieved by providing an apparatus which includes an optical amplifier, a controller, a demultiplexer and an automatic level control unit. The optical amplifier amplifies a light signal having a variable number of channels. The controller controls the amplified light signal in response to variations in the-number of channels in the light signal. The demultiplexer demultiplexes the controlled, amplified light signal into individual signals. The automatic level control unit controls the power level of a respective individual signal so that the power level of the individual signal is maintained to be approximately constant.

Objects of the present invention are also achieved by providing an apparatus which includes an automatic level control unit and an optical fiber amplifier. The automatic level control unit maintains a power level of a light signal to be approximately constant and produces a corresponding output signal. The optical fiber amplifier amplifies the output signal of the automatic level control unit with a constant gain.

US 7,227,681 B2

3

Objects of the present invention are further achieved by providing an optical amplifier and a controller. The optical amplifier amplifies a light signal having a variable number of channels. Prior to, and subsequent to, varying the number of channels in the light signal, the controller maintains a power level of the amplified light signal at an approximately constant level in accordance with the number of channels in the light signal. While the number of channels in the light signal is being varied, the controller amplifies the amplified light signal with an approximately constant gain.

Moreover, objects of the present invention are achieved by providing an apparatus which includes an optical amplifier, an optical attenuator and a controller. The optical amplifier amplifies a light signal having a variable number of channels. The optical attenuator passes the amplified light signal and has a variable light transmissivity. Prior to varying the number of channels in the light signal, the controller varies the light transmissivity of the optical attenuator so that a power level of the amplified light signal is maintained at an approximately constant level that depends on the number of channels in the light signal prior to the varying the number of channels. While the number of channels in the light signal is being varied, the controller maintains the light transmissivity of the optical attenuator to be constant. Subsequent to varying the number of channels in the light signal, the controller varies the light transmissivity of the optical attenuator so that a power level of the amplified light signal is maintained at an approximately constant level that depends on the number of channels in the light signal subsequent to the varying the number of channels.

Objects of the present invention are also achieved by providing a method for controlling a light signal having a variable number of channels and amplified by an optical amplifier. The method includes the steps of: (a) prior to, and subsequent to, varying the number of channels in the light signal, passing the amplified light signal with a varying light transmissivity so that a power level of the amplified light signal is maintained at an approximately constant level in accordance with the number of channels in the light signal, and, (b) while the number of channels in the light signal is being varied, passing the amplified light signal with a constant light transmissivity.

Objects of the present invention are achieved by providing a method for controlling a light signal having a variable number of channels and amplified by an optical amplifier, wherein the method includes the steps of: (a) prior to, and subsequent to, varying the number of channels in the light signal, maintaining a power level of the amplified light signal at an approximately constant level in accordance with the number of channels in the light signal, and, (b) while the number of channels in the light signal is being varied, amplifying the amplified light signal with an approximately constant gain.

BRIEF DESCRIPTION OF THE DRAWINGS

These and other objects and advantages of the invention will become apparent and more readily appreciated from the following description of the preferred embodiments, taken in conjunction with the accompanying drawings of which:

FIG. 1 (prior art) is a diagram illustrating a conventional fiber optic communication system.

FIG. 2 (prior art) is a diagram illustrating an optical amplifying apparatus for a fiber optic communication system which uses wavelength division multiplexing.

4

FIG. 3 is a diagram illustrating an optical amplifying apparatus, according to an embodiment of the present invention.

FIGS. 4(A) and 4(B) are graphs illustrating the operation of the optical amplifying apparatus in FIG. 3, wherein the number of channels, N, in an optical signal is changed, according to an embodiment of the present invention.

FIG. 5 is a diagram illustrating an automatic gain control circuit, according to an embodiment of the present invention.

FIG. 6 is a diagram illustrating automatic level control circuit, according to an embodiment of the present invention.

FIG. 7 is a diagram illustrating a switching circuit of the automatic level control circuit in FIG. 6, according to an embodiment of the present invention.

FIGS. 8 and 9 are diagrams illustrating an automatic level control circuit, according to additional embodiments of the present invention.

FIG. 10 is a diagram illustrating an optical amplifying apparatus, according to an additional embodiment of the present invention.

FIG. 11 is a diagram illustrating an optical amplifying apparatus, according to a further embodiment of the present invention.

FIG. 12 is a diagram illustrating an optical amplifying apparatus, according to an embodiment of the present invention.

FIG. 13 is a diagram illustrating an optical amplifying apparatus, according to an additional embodiment of the present invention.

FIG. 14 is a diagram illustrating an optical amplifying apparatus, according to an additional embodiment of the present invention.

FIG. 15 is a diagram illustrating an optical amplifying apparatus, according to a further embodiment of the present invention.

FIG. 16 is a diagram illustrating an optical amplifying apparatus, according to a still further embodiment of the present invention.

FIG. 17 is a diagram illustrating modification to the optical amplifying apparatus illustrated in FIG. 16, according to an embodiment of the present invention.

FIG. 18(A) is a graph illustrating gain versus wavelength characteristics of a rare-earth-doped optical fiber (EDF) in an optical amplifying apparatus, according to an embodiment of the present invention.

FIG. 18(B) is a graph illustrating the transmissivity of an optical filter in an optical amplifying apparatus, according to an embodiment of the present invention.

FIG. 18(C) is a graph illustrating overall gain of the rare-earth-doped optical fiber (EDF) in FIG. 18(A) and the optical filter in FIG. 18(B), according to an embodiment of the present invention.

FIG. 19 is a diagram illustrating an optical amplifying apparatus, according to an embodiment of the present invention.

FIG. 20 is a diagram illustrating an optical amplifying apparatus, according to an additional embodiment of the present invention.

FIG. 21 is a diagram illustrating an optical amplifying apparatus, according to a further embodiment of the present invention.

FIG. 22 is a diagram illustrating an optical amplifying apparatus, according to a still further embodiment of the present invention.

5

FIG. **23** is a diagram illustrating an optical amplifying apparatus, according to an embodiment of the present invention.

FIG. **24** is a more detailed diagram of a portion of the optical amplifying apparatus in FIG. **23**, according to an embodiment of the present invention.

FIG. **25** is a diagram illustrating a fiber optic communication system employing an optical amplifying apparatus according to an embodiment of the present invention.

FIG. **26** is a more detailed diagram illustrating the optical amplifying apparatus of FIG. **25**, according to an embodiment of the present invention.

FIG. **27** is a diagram illustrating a transmission line employing a plurality of optical amplifying apparatuses, according to an embodiment of the present invention.

FIG. **28** is a timing diagram illustrating the operation of an optical amplifying apparatus, according to an embodiment of the present invention.

FIG. **29** is a diagram illustrating a portion of an optical communication system, according to an embodiment of the present invention.

EMBODIMENTS OF THE INVENTION

Reference will now be made in detail to the present preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings, where like reference numerals refer to like elements throughout.

FIG. **2** is a diagram illustrating an optical amplifying apparatus for a fiber optic communication system which uses wavelength division multiplexing, and is similar to that disclosed in related to U.S. patent application Ser. No. 08/655,027, which is incorporated herein by reference

Referring now to FIG. **2**, the optical amplifying apparatus includes a first part **1000** (sometimes referred to herein as a "rare-earth-doped optical fiber amplifier part") and a second part **2000** (sometimes referred to herein as an "electrically-controlled optical device part").

First part **1000** includes a rare-earth-doped optical fiber (EDF) **34**, optical branching couplers **36₁** and **36₂**, optical isolators **38₁** and **38₂**, photodiodes **40₁** and **40₂**, an optical wavelength multiplexing coupler **42**, a pump laser diode (LD) **44** and an automatic optical gain control circuit (AGC) **46**.

Second part **2000** includes optical branching coupler **36₃**, an electrically-controlled variable optical attenuator (ATT) **48**, a photodiode (PD) **40₃** and an automatic level control circuit (ALC) **50**. Optical attenuator **48** is, for example, constructed of a magnetooptical element. However, many different types of variable optical attenuators can be used.

A wavelength-multiplexed optical signal is fed to rare-earth-doped optical fiber **34** via optical branching coupler **36₁**, optical isolator **38** and optical wavelength multiplexing coupler **42**. A pump light beam is supplied by pump laser diode **44** to rare-earth-doped optical fiber **38** via optical wavelength multiplexing coupler **42**. The wavelength-multiplexed optical signal is amplified by rare-earth-doped optical fiber **34** and input to optical attenuator **48** via optical isolator **38₂** and optical branching coupler **36₂**.

A portion of the wavelength-multiplexed optical signal branched by optical branching coupler **36₁** is converted into an electrical signal by photodiode **40₁** and input to automatic optical gain control circuit **46**. A portion of the amplified wavelength-multiplexed optical signal branched by optical branching coupler **36₂** is converted into an electrical signal by photodiode **40₂** and input to automatic optical gain

6

control circuit **46**. Pump laser diode **44** is controlled so as to maintain a ratio between a level of the input wavelength-multiplexed optical signal and a level of the amplified wavelength-multiplexed optical signal at a predetermined level.

More specifically, optical gain control circuit **46** controls pump laser diode **44** so as to maintain, at a constant level, the ratio between the level of the input wavelength-multiplexed optical signal as converted into an electrical signal by the photodiode **40₁** and the level of the amplified wavelength-multiplexed optical signal as converted into an electrical signal by the photodiode **40₂**. In this manner, first part **1000** conserves the wavelength dependence by controlling the optical gain at a constant level.

A portion of an output wavelength-multiplexed optical signal branched by optical branching coupler **36₃** is converted into an electrical signal by photodiode **40₃** and input to automatic level control circuit **50**. Optical attenuator **48** is controlled so as to maintain the wavelength-multiplexed optical signal at a predetermined level.

More specifically, automatic level control circuit **50** controls optical attenuator **48** using the electrical signal derived by photodiode **40₃** from the wavelength-multiplexed optical signal, so as to maintain the output level of the wavelength-multiplexed optical signal at a constant level.

Unfortunately, when an optical amplifying apparatus, as illustrated in FIG. **2**, is used in a fiber optic communication system which uses wavelength division multiplexing, a variation in the number of channels used in the wavelength-multiplexed optical signal can cause significant problems.

For example, a predetermined output optical power of an amplifier is generally required for each wavelength (channel) so as to ensure a desired S/N ratio in a receiver. Assuming there are a total of N channels, the total optical output Pc of a rare-earth-doped optical fiber amplifier for amplifying a wavelength-multiplexed optical signal is controlled to be N×P. In the presence of a variation of +α or −α in the number of channels N, switching control is effected so that the total optical power is (N±α)P. Because the optical power for individual wavelengths (channels) varies due to the switching control, non-linear degradation or signal-to-noise (S/N) degradation may result.

Further, in FIG. **2**, the optical output of first part **1000** is to be maintained at a constant level by second part **2000**. Therefore, when the optical output of first part **1000** exceeds a predetermined level, second part **2000** maintains the optical output at a constant level. As a result, the use of optical attenuator **48** will require an extra measure of amplification by first part **32**, and the output power of pump laser diode **44** for maintaining the optical gain at a constant level should be controlled to be in an exponential relation to a variation in the level of the input wavelength-multiplexed optical signal. Therefore, it is necessary to provide a relatively high-capacity pump laser diode **44**.

FIG. **3** is a diagram illustrating an optical amplifying apparatus, according to an embodiment of the present invention. The optical amplifying apparatus includes a first part **1000** and a second part **2000**. First part **1000** includes a rare-earth-doped optical fiber (EDF) **52₁**, optical branching couplers **54₁** and **54₂**, optical isolators **55₁** and **55₂**, an optical wavelength multiplexing coupler **56₁**, photodiodes (PD) **58₁** and **58₂**, a pump laser diode (LD) **59₁**, and an automatic gain control circuit (AGC) **60₁**. First part **1000** amplifies a wavelength-multiplexed optical signal while conserving wavelength dependance.

As an example, a wavelength-multiplexed optical signal is typically in the 1.5 μm band. An erbium-doped optical

US 7,227,681 B2

7

fiber is known to amplify optical signals in this band, and is therefore used as rare-earth-doped optical fiber (EDF) $52_1$. Moreover, to appropriately amplify a wavelength-multiplexed optical signal in the 1.5 μm band travelling through an erbium-doped optical fiber, it is known to use pump light of a 0.98 μm or 1.48 μm pump band. Therefore, pump laser diode (LD) $59_1$ provides pump light in the 0.98 μm or 1.48 μm pump band.

Moreover, FIG. 3 shows a forward pumping construction in which a pump light beam emitted by pump laser diode $59_1$ travels through rare-earth-doped optical fiber $52_1$ in the same direction as the wavelength-multiplexed optical signal. However, a backward pumping construction could also be used, where a laser diode provides a pump light beam which travels through rare-earth-doped optical fiber $52_1$ in the opposite direction as the wavelength-multiplexed optical signal. Further, a bi-directional pumping construction could be used, where two laser diodes provide pump light which travels through rare-earth-doped optical fiber $52_1$ in both directions through rare-earth-doped optical fiber $52_1$. Thus, the present invention is not intended to be limited to any specific type of directional pumping.

Second part **2000** includes an electrically-controlled variable optical attenuator (ATT) **64**, an automatic level control circuit (ALC) **66**, optical branching coupler $54_3$ and a photodiode (PD) $58_3$. Second part **2000** controls the total optical output of a wavelength-multiplexed optical signal to be at a constant level, without conserving wavelength dependence. More specifically, -automatic level control circuit **66** varies the attenuation, or light transmissivity, of optical attenuator **64** so that the power of the wavelength-multiplexed optical signal, as output from first part **1000**, is maintained at a constant power level corresponding to the number of channels in the wavelength-multiplexed optical signal.

Moreover, when the number of channels in the wavelength-multiplexed optical signal is being varied, a monitor signal processing circuit **70** causes the attenuation, or light transmissivity, of optical attenuator **64** to be maintained constant. Thus, monitor signal processing circuit **70** temporarily "freezes" the operation of optical attenuator **64**. After the number of channels has been changed, monitor signal processing circuit **70** allows the attenuation, or light transmissivity, of optical attenuator **64** to be varied so that the power of the wavelength-multiplexed optical signal is maintained at a constant level in accordance with the new number of channels.

More specifically, the wavelength-multiplexed optical signal input to the optical amplifying apparatus is branched by an optical branching coupler $68_1$. The branched portion is provided to a photodiode (PD) $58_4$. Photodiode (PD) $58_4$ converts the branched portion into an electrical signal and provides the electrical signal to monitor signal processing circuit **70**.

A control signal, which warns of a variation in the number of channels in the wavelength-multiplexed optical transmission system, is superimposed on the wavelength-multiplexed optical signal preferably as a low-speed signal through an amplitude modulation process. However, other methods can be used to superimpose the control signal. Monitor signal processing circuit **70** extracts and identifies the control signal. Monitor signal processing circuit **70** then controls optical attenuator **64** or automatic level control circuit **66** in accordance with the extracted control signal. If amplitude modulation is used, it is relatively easy to extract the control signal by demodulating the electrical signal obtained by photodiode $58_4$.

8

Alternatively, the control signal may be transmitted to monitor signal processing circuit **70** on a dedicated control channel (wavelength). If a dedicated control channel is used, an optical branching filter (not illustrated) should extract the control signal out of the wavelength-multiplexed optical signal (as branched by optical branching coupler $68_1$). For example, by feeding the optical signal extracted by the optical branching filter to photodiode $58_4$ so as to be converted into an electrical signal, it is possible to extract the control signal.

Therefore, a portion of the wavelength-multiplexed optical signal branched by optical branching coupler $68_1$ is converted into an electrical signal by photodiode $58_4$ and fed to monitor signal processing circuit **70**. Monitor signal processing circuit **70** "freezes" an operation of optical attenuator **64**, when a control signal warning of a variation in the number of channels is extracted and identified.

In order to ensure that the power level of the attenuated wavelength-multiplexed optical signal matches the number of channels, monitor signal processing circuit **70** causes a set voltage (reference voltage) to be selected. The power level can then be controlled to be at a constant level corresponding to the set voltage.

Generally, there are two approaches for monitor signal processing circuit **70** to control optical attenuator **64**. In one approach, optical attenuator **64** is directly controlled by monitor signal processing circuit **70**, as illustrated by control signal **69** in FIG. **3**. In an alternative approach, optical attenuator **64** is indirectly controlled by monitor signal processing circuit **70**, as illustrated by control line **71** in FIG. **3**.

The number of channels may actually be increased or decreased after a warning for a change in the number of channels. In this instance, a control signal, which indicates the completion of the change in the number of channels, is superimposed on the wavelength-multiplexed optical signal. Monitor signal processing circuit **70** then extracts the control signal. Alternatively, the control signal may be transmitted to monitor signal processing circuit **70** on a dedicated control channel (wavelength). Upon extracting and identifying the control signal, monitor signal processing circuit **70** allows optical attenuator **64** to resume its control for maintaining the power level of the wavelength-multiplexed optical signal at a constant level.

Alternatively, instead of providing monitor signal processing circuit **70** with a control signal indicating the completion of the change in the number of channels, such completion can be assumed after a predetermined period of time elapses. More specifically, the number of channels may actually be increased or decreased after lapse of a predetermined period of time since the warning for a change in the number of channels is given. In this instance, after the control signal for giving warning of a variation in the number of channels is extracted and identified by monitor signal processing signal **70**, a timer (not illustrated) is activated. When a predetermined period of time has passed, optical attenuator **64** is driven again to maintain the power level of the wavelength-multiplexed optical signal at a constant level.

Whether a control signal or a predetermined period of time is used to indicate the completion of a variation in the number of channels, the set voltage (reference voltage) for controlling the power level is switched from one level to another in accordance with information relating to how many channels are added or removed. This information is preferably included in the control signal for warning of a variation in the number of channels. Therefore, by resuming

9
10

the control for maintaining the total optical output power at a constant level, the optical output is maintained at a constant level that matches the number of channels.

Therefore, in response to a change in the number of channels, optical attenuator **64** prevents a radical variation in the optical output power, by having its attenuation frozen at a constant level. At this time, second part **2000** no longer operates to maintain the power of the wavelength-multiplexed optical signal at a constant level. After the number of channels is changed, optical attenuator **64** is again controlled to maintain the power of the wavelength-multiplexed optical signal at a constant level. Optical attenuator **64** may gradually be driven so that a total output power corresponding to the number of channels is maintained. With this arrangement, it is possible to moderate a variation in the optical output and avoid non-linear degradation and S/N ratio degradation.

FIGS. **4**(A) and **4**(B) are graphs illustrating the operation of the optical amplifying apparatus in FIG.**3**, wherein the number of channels, N, in an optical signal is changed from, for example, four channels to eight channels: Referring now to FIGS. **4**(A) and **4**(B), optical attenuator **64** has a variable light transmissivity, or attenuation, which is controlled by automatic level control circuit **66** an monitor signal processing circuit **70**.

In FIGS. **4**(A) and **4**(B), a warning of a change in the number of channels is received at time t**1**, and the number of channels are increased at time t**2**.

Before a warning of a change in the number of channels is received (that is, before time t**1**), automatic level control circuit **66** varies the light transmissivity of electrically-controlled variable optical attenuator **64** to provide a substantially constant optical signal power at the output of optical attenuator **64**. Therefore, before time t**1**, second part **2000** performs automatic-level control (ALC).

When a warning of a change in the number of channels is received (that is, at time t**1**), automatic level control circuit **66** maintains the light transmissivity of electrically-controlled variable optical attenuator **64** to be substantially constant. In this case, the output of optical attenuator **64** can be seen has having a constant gain which is provided, for example, by first part **1000** or by a later stage (not illustrated) which further amplifies the signal. Therefore, after time t**1**, automatic gain control (AGC), not automatic level control (ALC), is performed.

At time t**3**, subsequent to a change in the number of channels, automatic level control circuit **66** varies the light transmissivity of electrically-controlled variable optical attenuator **64** to provide a substantially constant optical signal power at the output of optical attenuator **64**. More specifically, after time t**3**, second part **2000** again performs automatic level control (ALC).

As can be seen from FIGS. **4**(A) and **4**(B), optical attenuator **64** is controlled to provide ALC. However, when the number of channels is being changed, ALC is halted. Instead, when the number of channels is being changed, optical attenuator **64** is controlled to provide a constant light transmissivity, or attenuation. The operation of optical attenuator **64** can be described as being "frozen" when the number of channels is being changed between times t**1** and t**3** in FIGS. **4**(A) and **4**(B).

As described above, between times t**1** and t**3**, the output of optical attenuator **64** has a constant gain which is provided, for example, by first part **1000** or by a later stage (not illustrated) which further amplifies the signal. Alternatively, as disclosed in additional embodiments of the present invention described in more detail below, second part **2000** can be modified so that it provides a constant gain (instead of providing automatic level control) while the number of channels is being changed. In this case, second part **2000** could include a gain controlled amplifier to provide a constant gain for AGC between times t**1** and t**3**.

Therefore, as illustrated in FIGS. **4**(A) and **4**(B), an optical amplifying apparatus includes an optical amplifier (such as first part **1000**) which amplifies a light signal having a variable number of channels. Prior to, and subsequent to, varying the number of channels in the light signal, a controller (such as second part **2000**) passes the amplified light signal with a varying light transmissivity so that a power level of the amplified light signal is maintained at an approximately constant level in accordance with the number of channels in the light signal. Further, while the number of channels in the light signal is being varied, the controller passes the amplified light signal with a constant light transmissivity.

FIG. **5** is a diagram illustrating automatic gain control circuit **60**₁, for controlling an optical gain to be at a constant level. Referring now to FIG. **5**, automatic gain control circuit **60**₁ includes a divider **72**, an operational amplifier **74**, a transistor **76** and resistors R1–R6. $V_{cc}$ is a power supply voltage, $V_{ref}$ is a reference voltage, and G is the earth or ground.

As illustrated in FIG. **5**, photodiode (PD) **58**₁ converts a portion of the wavelength-multiplexed optical signal into an electrical signal which is provided to divider **72**. Photodiode (PD) **58**₂ converts a portion of the amplified wavelength-multiplexed optical signal into an electrical signal which is provided to divider **72**. In this manner, divider **72** obtains a ratio between the input and the output of rare-earth-doped optical fiber (EDF) **52**₁. The pump light beam emitted by pump laser diode **59**₁ can then be controlled to produce a constant ratio, thereby providing a constant gain. The configuration of automatic gain control circuit **60**₁ in FIG. **5** is just one example of many possible configurations for an automatic gain control circuit.

FIG. **6** is a diagram illustrating automatic level control circuit **66**, for controlling an optical output at a constant level. Referring now to FIG. **6**, automatic level control circuit **66** includes resistors R7–R9, an operational amplifier **78**, a transistor **80**, a switching circuit (SWC) **82** and a reference voltage circuit **84**. $V_{cc}$ is the power supply voltage, $V_{ref}$ is a reference voltage, G is the earth or ground, and cs**1** and cs**2** are control signals provided by monitor signal processing circuit **70**. A control element **86** is a control element of optical attenuator **64** for controlling the transmissivity of optical attenuator **64**.

For example, if optical attenuator **64** is operated by a magnetooptical effect, control element **86** may be a coil for applying a magnetic field. Moreover, for example, if optical attenuator is operated by an opto-electrical effect, the control element **86** may be an electrode, where the voltage applied to the electrode is controlled. If a semiconductor optical amplifier is used instead of optical attenuator **64**, a bias voltage for controlling the gain of the semiconductor optical amplifier can be controlled.

A portion of the optical signal output from optical attenuator **64** (see FIG. **3**) is branched by optical branching coupler **54**₃ and converted into an electrical signal by photodiode (PD) **58**₃. Then, in FIG. **6**, operational amplifier **78** compares the electrical signal with the reference voltage (set voltage) $V_{ref}$ supplied by reference voltage circuit **84** in accordance with control signal CS**1**. A difference obtained as a result of the comparison is used to drive transistor **80**. By controlling a current supplied to control element **86**, the attenuation

US 7,227,681 B2

11

provided by optical attenuator **64** is controlled so that the optical output is maintained at a constant level.

FIG. **7** is a diagram illustrating switching circuit **82**. Referring now to FIG. **7**, switching circuit **82** includes capacitors C1 and C2 which are individually selected with a switch SW that is controlled by the control signal CS2. Therefore, switching circuit **82** controls the frequency characteristic of automatic level control circuit **66**. Moreover, switching circuit **82** controls optical attenuator **64** by controlling transistor **80** by following the level of the output wavelength-multiplexed optical signal with a predetermined frequency characteristic. The control signal cs2 from monitor signal processing circuit **70** changes the frequency characteristic by switching between capacitors C1 and C2 of switching circuit **82**. The control signal cs1 switches between different levels of the reference voltages in accordance with the number of channels.

More specifically, switching circuit **82**, coupled with operational amplifier **78** (see FIG. **6**) and resistors R7 (see FIG. **6**) and R9 (see FIG. **6**), forms a primary low-pass filter. The cut-off frequency, $f_c$, of this primary low-pass filter is:

$$f_c = 1/(2\pi R9 \cdot C_{SWC}9),$$

where $C_{SWC}$ is the selected capacitor $C_1$ or $C_2$. Therefore, by increasing the value of the capacitance $C_{SWC}$, the control circuitry shown in FIG. **6** is operated at a lower frequency. That is, the response thereof is slowed down.

Therefore, depending on the capacitance of the selected capacitor C1 or C2 of switching circuit **82**, the filter cut-off frequency in the high-frequency zone can be changed.

As an example, a preferably arrangement may be that the cut-off frequency, which is on the order of 10–100 kHz in the normal ALC operation, be switched to 0.01 Hz when optical attenuator **64** is controlled to provide a constant attenuation (for example, to thereby provide a constant gain when the channels are being switched). Ideally, the control of switching circuit **82** occurs gradually, but a gradual control requires that switching circuit **82** be constructed of a number of capacitors, instead of simply two capacitors.

Referring to FIG. **6**, the cut-off frequency is high before a warning of a change in channels is received. When a signal warning of a change in the number of channels is received, switching circuit **82** is controlled so that the cut-off frequency is lowered. Accordingly, the attenuation provided by optical attenuator **64** is fixed at an average level. After the change in channels is completed, switching circuit **82** is controlled so that the cut-off frequency is switched again to be high.

For example, when monitor signal-processing circuit **70** extracts and identifies a control signal which warns of a variation in the number of channels, control signal cs2 is supplied to switching circuit **82** so that the frequency characteristic of automatic level control circuit **66** is switched to a low frequency zone. As a result, the following performance for following a variation in the signal detected by photodiode (PD) $58_3$ is lowered. That is, the constant-level control of the optical output is temporarily frozen (for example, the light transmissivity of optical attenuator **64** is maintained to be constant). Further, control signal cs1 corresponds to the number of channels to be included in the optical signal, and monitor signal processing circuit **70** supplies the control signal cs1 to reference voltage circuit **84**. Reference voltage circuit **84** then supplies a reference voltage $V_{ref}$ corresponding to the number of channels. Therefore, the total optical output power assumes a level matching the number of channels after the variation in the

12

number of channels. For example, the reference voltage $V_{ref}$ is changed such that, when a total of $\alpha$ channels are added to the total of N original channels, the total optical output becomes (N+$\alpha$)×P.

Referring again to FIGS. **6** and **7**, the value of the capacitance $C_{SWC}$ may be large enough to freeze the operation of optical attenuator **64**. Generally, this purpose may be achieved if, for example, the cut-off frequency $f_c$ is dropped from 10 kHz to 0.01 Hz, thereby requiring a drop in the cut-off frequency $f_c$ by the factor of 10,000 to 100,000. Such a large drop can be difficult to achieve.

Normally, the attenuation provided by optical attenuator **64** is varying from moment to moment to provide an ALC function and to compensate for a polarization variation. Therefore, abruptly fixing the attenuation of optical attenuator **64** at a certain level (such as when the number of channels are being changed) may cause problems. Instead, the attenuation is preferably maintained at an average level.

More specifically, FIGS. **8** and **9** are diagrams illustrating automatic level control circuit **66**, according to additional embodiments of the present invention. Referring now to FIG. **8**, a filter **90** for cutting off high frequencies ($f_c$:~10 KHz) and constructed of a capacitor and a resistor is provided between a switch **92** and transistor **80** so that the response of the automatic level control becomes adequate. For example, the time constant, typically on the order of sub-milliseconds, may be changed to the time constant on the order of 10–100 milliseconds.

When the cut-off frequency $f_c$ is switched to the high-frequency zone, the filter response becomes quick so that a comparatively high-speed variation, such as a polarization variation, can be cancelled and the output of optical attenuator **64** is maintained constant.

More specifically, in FIG. **8**, a latch circuit **94** which has a low-pass filter ($f_c$:~0.01 Hz) stores a voltage corresponding to an average level of the current in control element **86**. During an ALC operation, switching of the control loop occurs so that the control loop for controlling the drive current at a constant level is initiated. That is, when the switching of the control loop occurs, the voltage corresponding to the average level of the current is latched in latch circuit **94** so as to serve as a reference voltage. The term "average level" is used because the bias current has a time-dependent variation in order to maintain the level of the beam input to photodiode (PD) $58_3$ at a constant level. More specifically, the voltage obtained by integration using a more extended integral time than that provided by the time constant of the normal control loop is latched in latch circuit **94**.

Latch circuit **94** may be a circuit for reading the value of the driving current (provided by transistor **80**) via an A/D converter, registering the read value and-outputting the registered value via a D/A converter.

FIG. **9** is a combination of FIGS. **6** and **8**. Referring now to FIG. **9**, the capacitance $C_{SWC}$ is switched by switching circuit **82** to cause the cut-off frequency $f_c$ to be shifted to a low-frequency zone, to thereby slow the filter response. Thereupon, latch circuit **94** controls the attenuation to the average level based on a monitored value.

More specifically, in FIG. **9**, switching of the control loop is made to occur after increasing the time constant of the normal control loop according to the control illustrated in FIG. **6**, so as to reduce an effect caused in the ALC characteristic as a result of the switching of the control loop.

As has been described above, monitor signal processing circuit **70** may receive a control signal for reporting completion of a variation in the number of channels after it receives

**13**

a control signal for giving warning of a variation in the number of channels. Alternatively, however, monitor signal processing circuit **70** may not receive a control signal when the variation in the number of channels is complete. In this case, a timer (not illustrated) would be activated after the control signal for giving warning of a variation in the number of channels is extracted and identified.

The control signal cs**2** returns switching circuit **82** to the original frequency characteristic after the control signal for reporting a completion of a variation in the number of channels is received, or after a predetermined period of time has passed. Thereupon, the constant optical output control is resumed in accordance with the new reference voltage $V_{ref}$ set by reference voltage circuit **84**.

The control for maintaining the total optical output at a constant level that corresponds to the number of channels may be resumed in a gradual manner. For example, the output signal of photodiode (PD) **58**$_3$ may be input to operational amplifier **78** via a time constant circuit **96**, or reference voltage $V_{ref}$ may be gradually varied to assume a level that corresponds to the number of channels.

While the above-described arrangement ensures that the frequency characteristic is switched as a result of the control effected by switching circuit **82** so that the constant-level control of the optical output is frozen, it is also possible to hold the signal output by photodiode (PD) **58**$_3$ when the control signal for giving warning of a variation in the number of channels is extracted and identified. In this instance, the held value is input to operational amplifier **78** so that the constant-level control of the optical output is frozen. Other arrangements for freezing the constant-level control of the optical output are also possible. While it is assumed that the electrically-controlled optical device part is constructed using optical attenuator **64**, a semiconductor optical amplifier can be used instead of optical attenuator **64**. The semiconductor optical amplifier should have a small wavelength dependence. By controlling the semiconductor optical amplifier, the total optical output may be controlled at a constant level.

FIG. **10** is a diagram illustrating an optical amplifying apparatus, according to an additional embodiment of the present invention. Referring now to FIG. **10**, the optical amplifying apparatus includes first part **1000**, second part **2000** and a third part **3000**. Third part **3000** includes a rare-earth-doped optical fiber (EDF) **52**$_2$, an optical branching coupler **54**$_4$, an optical wavelength multiplexing coupler **56**$_2$, optical isolators **55**$_3$ and **55**$_4$, a photodiode (PD) **58**$_6$, a pump laser diode (LD) **59**$_2$ and an automatic gain control circuit (AGC) **60**$_2$. Third part **3000** also shares optical branching coupler **54**$_3$ and the photodiode (PD) **58**$_3$ with second part **2000**.

As with first part **1000**, third part **3000** controls an optical gain to be at a constant level. More specifically, second part **2000** controls the power level of the wavelength-multiplexed optical signal received by third part **3000** to be at a constant power level. As a result, the optical output power level of third part **3000** is also maintained at a constant power level. Even when the optical signal level is attenuated by optical attenuator **64** of second part **2000**, amplification provided by third part **3000** ensures that a desired total optical output is obtained.

Therefore, pump laser diode **59**$_1$ of first part **1000** and pump laser diode **59**$_2$ of third part **3000** can each have a relatively small capacity, thereby reducing the cost and stabilization of the amplifying apparatus.

Although FIG. **10** shows second part **2000** and third part **3000** sharing optical branching coupler **54**$_3$ and photodiode

**14**

(PD) **58**$_3$, it is also possible to provide a separate optical branching coupler and a separate photodiode in each of the second part **2000** and the third part **3000**.

Automatic gain control circuits **60**$_1$ and **60**$_2$ may have the same configuration. Moreover, the optical gains provided by first part **1000** and third part **3000** may be identical. Alternatively, the gains may be varied according to the characteristics of a transmission optical fiber used in third part **3000**.

In the event of a variation in the number of channels, the optical attenuation provided by optical attenuator **64** is frozen directly by monitor signal processing circuit **70**, or by monitor signal processing circuit **70** controlling automatic level control circuit **66**. Similar to the embodiment shown in FIG. **3**, it is ensured that a variation in the optical output in response to a variation in the number of channels is restricted so that non-linear degradation and S/N ratio degradation are reduced.

FIG. **11** is a diagram illustrating an optical amplifying apparatus, according to a further embodiment of the present invention. Referring now to FIG. **11**, the optical amplifying apparatus includes first part **1000**, second part **2000** and third part **3000**, which are the same as that show in FIG. **10**. However, the optical amplifying apparatus in FIG. **11** also includes an automatic level control (ALC) correction circuit **98** for controlling and correcting automatic level control circuit **66** of second part **2000**.

More specifically, a portion of the wavelength-multiplexed optical signal output by optical attenuator **64** is branched by optical branching coupler **54**$_3$, converted into an electrical signal by photodiode (PD) **58**$_3$ and input to automatic level control circuit **66**. Automatic level control circuit **66** controls optical attenuator **64** so that the total optical output power of the wavelength-multiplexed optical signal is maintained at a constant level. However, the optical output power of the output wavelength-multiplexed optical signal in third part **3000** is not fed to automatic level control circuit **66**. Therefore, it cannot be ensured that the total optical output in the third part **3000** is maintained within a predetermined range.

Accordingly, a portion of the output wavelength multiplexed optical signal in the third part **3000** is converted into an electrical signal by photodiode (PD) **58**$_5$ and input to ALC correction circuit **98** as well as to automatic gain control circuit **60**$_2$. ALC correction circuit **98** determines whether or not the total optical output power is maintained within the predetermined range. If the total optical output power is not within the predetermined range, ALC correction circuit **98** controls automatic level control circuit **66** which, in turn, controls optical attenuator **64** to maintain the total optical output power within the predetermined range. If a semiconductor optical amplifier is used in place of optical attenuator **64**, automatic level control circuit **66** controls the gain of the semiconductor optical amplifier so that the total optical output in third part **3000** is maintained within the predetermined level.

FIG. **12** is a diagram illustrating an optical amplifying apparatus, according to an embodiment of the present invention. The optical amplifying apparatus in FIG. **12** is a combination of the optical amplifying apparatuses in FIGS. **10** and **11**.

Referring now to FIG. **12**, in the event of a variation in the number of channels, monitor signal processing circuit **70** temporarily freezes the control effected by second part **2000** for controlling the optical output at a constant level, so that a variation in the optical output is reduced. Further, ALC correction circuit **98** controls automatic level control circuit

US 7,227,681 B2

15                                                                16

66 so as to maintain the total optical output power in third part **3000** within a predetermined range.

FIG. **13** is a diagram illustrating an optical amplifying apparatus, according to an additional embodiment of the present invention. The optical amplifying apparatus in FIG. **13** operates in a similar manner as previously described embodiments of the present invention, but also includes an optical branching coupler. **54**$_5$, a photodiode (PD) **58**$_6$, a dispersion compensation fiber (DCF) **100** and a dispersion compensation fiber (DCF) loss correction circuit **102**. Optical branching coupler **54**$_5$ and photodiode (PD) **58**$_6$ can be considered to be included in third part **3000**.

Dispersion compensation fiber **100** is connected between second part **2000** and third part **3000**. DCF loss correction circuit **102** controls automatic level control circuit **66**. In a long-distance, high-capacity, wavelength-multiplexing optical transmission system, dispersion compensation in relation to the dispersion level of the transmission optical fiber and the wavelength-multiplexed optical signal is necessary. For this reason, dispersion compensation fiber **100** is provided.

However, insertion loss due to a distribution compensation optical fiber can cause problems. More specifically, a variation in a loss due to the distribution compensation optical fiber causes a variation in the optical output of repeaters which include wavelength-multiplexed optical fiber amplifiers.

Therefore, by measuring a loss due to dispersion compensation fiber **100** and setting automatic level control circuit **66** so as to compensate for the loss, optical attenuator **64** is controlled to provide a constant optical output. The loss due to dispersion compensation optical fiber **100** is likely to vary depending on a level of dispersion compensation. Accordingly, even with the constant optical output control effected by automatic level control circuit **66**, the level of the wavelength-multiplexed optical signal input to third part **3000** may vary.

Therefore, a portion of the wavelength-multiplexed optical signal output by dispersion compensation optical fiber **100** and branched by optical branching coupler **54**$_5$ is converted into an electrical signal by photodiode (PD) **58**$_6$. The electrical signal is input to DCF loss correction circuit **102** as well as to automatic gain control circuit **60**$_2$. DCF loss correction circuit **102** determines whether or not the level of the wavelength-multiplexed optical signal output by dispersion compensation fiber **100** is within a predetermined range. If the level is outside the predetermined range, DCF loss correction circuit **102** supplies a correction signal to automatic level control circuit **66**. For example, the reference voltage (set voltage) for constant control of the optical output is corrected such that the optical output power is within the predetermined range. Therefore, a variation in insertion loss that results in a construction where dispersion compensation fiber **100** compensates for the dispersion in the transmission optical fiber is corrected, and a predetermined output level of the amplified wavelength-multiplexed optical signal is obtained.

FIG. **14** is a diagram illustrating an optical amplifying apparatus, according to an additional embodiment of the present invention. Referring now to FIG. **14**, when monitor signal processing circuit **70** extracts and identifies a control signal for giving warning of a variation in the number of channels, the operation of optical attenuator **64** is frozen (that is, the transmissivity or the attenuation is maintained to be constant), so that a rapid variation in the optical signal level is restricted. DCF loss correction circuit **102** controls automatic level control circuit **66** so as to correct a loss that varies depending on the level of dispersion compensation provided by dispersion compensation fiber **100**. Thus, the level of the wavelength-multiplexed optical signal input to third part **3000** is maintained within a predetermined range.

FIG. **15** is a diagram illustrating an optical amplifying apparatus, according to a further embodiment of the present invention. Referring now to FIG. **15**, dispersion compensation fiber **100** compensates for dispersion in the transmission optical fiber, DCF loss correction circuit **102** corrects a variation in the loss depending on the level of compensation provided by dispersion compensation fiber **100**, and ALC correction circuit **98** controls automatic level control circuit **66** so as to maintain the level of the output wavelength-multiplexed optical signal in third part **3000** within a predetermined range. Thus, the wavelength-multiplexed optical signal in the wavelength-multiplexed optical transmission system is amplified, relayed and transmitted in a stable manner.

FIG. **16** is a diagram illustrating an optical amplifying apparatus, according to a still further embodiment of the present invention. Referring now to FIG. **16**, monitor signal processing circuit **70** controls optical attenuator **64** or automatic level control circuit **66** upon extracting and identifying a control signal for giving warning of a variation in the number of channels, so as to freeze constant-level control of the optical output. In this manner, a rapid variation in the level of the optical output is restricted.

Further, DCF loss correction circuit **102** controls automatic level control circuit **66** so as to correct a variation in the loss that depends on the level of dispersion provided by dispersion compensation optical fiber **100**. ALC correction circuit **98** controls automatic level control circuit **66** so as to maintain the output wavelength-multiplexed optical signal in third part **3000** within a predetermined range.

FIG. **17** is a diagram illustrating modification to the optical amplifying apparatus illustrated in FIG. **16**, according to an embodiment of the present invention. More specifically, in FIG. **17**, an optical filter A**1** is provided between the output of optical isolator **55**$_5$ and optical branching coupler **54**$_2$, at the input of photodiode (PD) **58**$_2$. Also, an optical filter A**2** is provided between the output of optical isolator **55**$_4$ and optical branching coupler **54**$_4$, at the input of photodiode (PD) **58**$_5$. Optical filters A**1** and A**2** are optical filters as disclosed, for example, in U.S. patent application Ser. No. 08/655,027, which is incorporated herein by reference, for correcting wavelength dependency of the filter.

FIG. **18** (A) is a graph illustrating gain versus wavelength characteristics of rare-earth-doped optical fiber (EDF) **52**$_2$ in FIG. **17**, FIG. **18**(B) is a graph illustrating the transmissivity versus wavelength of optical filter A**2** in FIG. **17**, and FIG. **18**(C) is a graph illustrating overall gain of rare-earth-doped optical fiber (EDF) **52**$_2$ and optical filter A**2** in FIG. **17**, according to an embodiment of the present invention.

If, for example, rare-earth-doped optical fiber (EDF) **52**$_2$ has a wavelength-dependent gain characteristic as shown in FIG. **18**(A), wherein the gain is higher in the long wavelength range, providing a gain correction optical filter A**2** at the input of photodiode (PD) **58**$_5$ ensures that the amplifier has an even gain with respect to wavelength. Providing optical filter A**2** ensures that photodiode (PD) **58**$_5$ receives the corrected multi-wavelength signal so that the unfavorable sensitivity characteristic, wherein the signal sensitivity is low in the short wavelength range and high in the long wavelength range, is corrected. Optical filters A**1** and/or A**2** may or may not be provided, depending on the use of rare-earth-doped optical fibers (EDF) **52**$_1$ and **52**$_2$.

FIG. **19** is a diagram illustrating an optical amplifying apparatus, according to an embodiment of the present inven-

17

tion. Referring now to FIG. **19**, the positioning of the first part **1000** and the second part **2000** are essentially switched. Therefore, a wavelength-multiplexed optical signal is controlled to have a constant power level by second part **2000**, and is then controlled by first part **1000** to have a constant gain.

More specifically, an input wavelength-multiplexed optical signal is transmitted to optical attenuator **64**. The wavelength-multiplexed optical signal output from optical attenuator **64** is transmitted to rare-earth-doped optical fiber $52_1$ via optical isolator $55_1$ and optical wavelength multiplexing coupler $56_1$. The amplified wavelength-multiplexed optical signal is output via optical isolator $55_2$ and optical branching coupler $54_2$.

A portion of the wavelength-multiplexed optical signal branched by optical branching coupler $54_1$ is converted into an electrical signal by photodiode $58_1$ and fed to automatic level control circuit **66** and automatic gain control circuit $60_1$. Automatic level control circuit **66** controls the optical attenuation provided by optical attenuator **64** so that the wavelength-multiplexed optical signal has its level controlled to be within a predetermined range and is then transmitted to first part **1000**.

A portion of the wavelength-multiplexed optical signal branched by optical branching coupler $54_2$ is converted into an electrical signal by photodiode $58_2$ and transmitted to automatic gain control circuit $60_1$. Automatic gain control circuit $60_1$ controls pump laser diode $59_1$ so that a ratio between a level of the wavelength-multiplexed optical signal input to, and output from, rare-earth-doped optical fiber $52_1$ is maintained at a constant level.

Therefore, second part **2000** causes the power level of the wavelength-multiplexed optical signal to be constant even when a signal input via a transmission optical fiber varies greatly. As a result, a wavelength-multiplexed optical signal having a constant level is input to first part **1000**. Accordingly, automatic gain control circuit $60_1$ may have a small control zone and a relatively simple construction. Further, since the power level of the optical signal input to rare-earth-doped optical fiber $52_1$ is prevented from exceeding a predetermined level, it is not necessary to raise the level of the pump laser beam supplied by pump laser diode $59_1$. That is, pump laser diode $59_1$ may have a small capacity.

FIG. **20** is a diagram illustrating an optical amplifying apparatus, according to an additional embodiment of the present invention. The optical amplifying apparatus illustrated in FIG. **20** is similar to the optical amplifying apparatus in FIG. **19**, but also includes optical branching coupler $54_3$, photodiode (PD) $58_3$ and monitor signal processing circuit **70**.

Referring now to FIG. **20**, a wavelength-multiplexed optical signal supplied via a transmission optical fiber is input to variable optical attenuator **64** and has a portion branched by optical branching coupler $54_3$, converted into an electrical signal by photodiode $58_3$ and input to monitor signal processing circuit **70**.

A control signal for giving warning of a variation in the number of channels may be superimposed on the wavelength-multiplexed optical signal by amplitude modulation or transmitted on a dedicated control channel. Upon extracting and identifying the control signal for giving warning of a variation in the number of channels, monitor signal processing circuit **70** controls automatic level control circuit **66** and retains the optical attenuation provided by optical attenuator **64** at the current level (thereby freezing the operation of optical attenuator **64**) so that the optical output power is no longer maintained at a constant level.

18

When the change in the number of channels is completed, monitor signal processing circuit **70** allows optical attenuator **64** to resume its control for maintaining the optical output power at a constant level. With this arrangement, it is possible to reduce or eliminate a rapid variation in the power level of the optical signal.

FIG. **21** is a diagram illustrating an optical amplifying apparatus, according to a further embodiment of the present invention. The optical amplifying apparatus illustrated in FIG. **21** is similar to the optical amplifying apparatus in FIG. **19**, but includes ALC correction circuit **98**.

ALC correction circuit **98** determines whether or not the power level of the output wavelength-multiplexed optical signal is within a predetermined range. If the power level is not within the predetermined range, ALC correction circuit **98** controls automatic level control circuit **66** so that the optical attenuation provided by optical attenuator **64** causes the output wavelength-multiplexed optical signal to have a power level within a predetermined range.

FIG. **22** is a diagram illustrating an optical amplifying apparatus, according to a still further embodiment of the present invention. The optical amplifying apparatus illustrated in FIG. **22** is a combination of the optical amplifying apparatuses illustrated in FIGS. **20** and **21**.

Referring now to FIG. **22**, ALC correction circuit **98** controls automatic level control circuit **66** so that the power level of the output wavelength-multiplexed optical signal is within a predetermined range. Upon extracting and identifying a control signal for giving warning of a variation in the number of channels, monitor signal processing circuit **70** freezes the automatic level control function so that the optical output power is not longer maintained at a constant level.

FIG. **23** is a diagram illustrating an optical amplifying apparatus, according to an embodiment of the present invention. Referring now to FIG. **23**, instead of controlling (freezing) the optical attenuator **64** so as to provide a constant attenuation when the number of channels is varied, the optical amplifier as a whole is changed to the AGC mode when the number of channels is varied. Such a change can be achieved by controlling the ratio between the input to, and the output from, optical attenuator **64**, to be at a constant level. Such an operation is tantamount to maintaining the gain G ($0 \leq G \leq 1$) of optical attenuator **64** or the light transmissivity of optical attenuator **64** at a constant level.

Therefore, in FIG. **23**, a switch **104** is controlled by monitor signal processing circuit **70** to switch between automatic level control provided by automatic level control circuit **66** and automatic gain control provided by an automatic gain control circuit **603**. More specifically, for example, as illustrated in FIG. **4**(A), monitor signal processing circuit **70** causes switch **104** to select automatic level control circuit **66** prior to, and subsequent to, a variation in the number of channels. While the number of channels is being varied, monitor signal processing circuit **70** causes switch **104** to select automatic gain control circuit $60_3$.

FIG. **23** also illustrates a laser diode (LD) **105** which is controlled by monitor signal processing circuit **70** to transmit information to downstream optical components, such as downstream optical repeaters. For example, as described in more detail further below, laser diode (LD) **105** can be used by monitor signal processing circuit **70** to transmit information to downstream optical components.

FIG. **24** is a more detailed diagram of the optical amplifying apparatus in FIG. **23**. Referring now to FIG. **24**, the operation is as follows:

US 7,227,681 B2

**19**

(1) Normally (that is, when the number of channels are not being varied), switch **104** selects automatic level control circuit **66** so that the power level of light output from optical attenuator **64** is monitored and maintained at a constant level.

(2) When monitor signal processing circuit **70** receives a signal warning of a change in the number of channels, a gain monitoring signal **107** of automatic gain control circuit **60**₃ is read so that an average gain (attenuation) with respect to a time constant on the order of 10–100 ms is determined.

(3) A reference voltage $V_{AGC}$ corresponding to the average gain determined in (2) is output from monitor signal processing circuit **70** to automatic gain control circuit **60**₃.

(4) Switch **104** then selects automatic gain control circuit **60**₃.

(5) Monitor signal processing circuit **70** receives information indicating the new number of channels to be included in the wavelength-multiplexed optical signal.

(6) Monitors signal processing circuit **70** provides to automatic level control circuit **66** a reference voltage $V_{ALC}$ corresponding to the new number of channels.

(7) Monitor signal processing circuit **70** receives a signal indicating that the variation in the number of channels is complete. Alternatively, a predetermined period of time lapses from the receipt of the signal warning of the change in the number of channels.

(8) Switch **104** selects automatic level control circuit **66**. The relationship between an attenuation provided by optical attenuator **64** and a driving current of control element **86** provided by transistor **80** may depend on a parameter such as an operating temperature, but is generally a one-to-one relationship. Therefore, (2), above, may be replaced by a process whereby the driving current is monitored (with respect to the time constant on the order of 10–100 ms) so as to determine an average gain (attenuation) based on the monitored driving current. The driving current may be controlled so that its average level is maintained constant.

FIG. **25** is a diagram illustrating a fiber optical communication system employing an optical amplifying apparatus according to embodiments of the present invention. Referring now to FIG. **25**, a transmitter (Tx) **108** transmits an SV light beam to a receiver (Rx) **110**, where an SV light beam is light that is wavelength-multiplexed with a main signal. The main signal is used to transmit information downstream. An optical amplifier (O-AMP) **112** amplifies the SV light beam. Main signal control **114** and monitor signal processing **116** are performed.

FIG. **26** is a more detailed diagram illustrating an optical amplifying apparatus which includes optical amplifier **112**, main signal control **114** and monitor signal processing **116** of FIG. **25**. The optical amplifying apparatus in FIG. **26** is similar to the optical amplifying apparatus in FIG. **3**, but includes laser diode (LD) **105** for sending an SV light beam downstream.

More specifically, monitor signal processing circuit **70** inserts, in the SV light beam, information indicating when the attenuation, or light transmissivity, of the optical attenuator **64** will be held constant, or "frozen". The SV light beam, carrying that information, is transmitted by laser diode (LD) **105** to the transmission line.

FIG. **27** is a diagram illustrating a transmission line employing a plurality of optical amplifying apparatuses, according to embodiments of the present invention. Referring now to FIG. **27**, a wavelength-multiplexed optical communication system includes transmitters Tx **120**, wavelength-multiplexed optical fiber amplifiers/repeaters OAMPs **122** and receivers Rx **124**. When a variation in the

**20**

number of channels is processed, all the OAMPs **122** in the upstream (or downstream) line in the system are set into a constant optical gain control.

A wavelength-multiplexed optical postamplifier (not illustrated) that may be provided in each transmitter Tx **120** and a wavelength-multiplexed optical preamplifier (not illustrated) that may be provided in each receiver Rx **124** are also set into a constant gain control. When all OAMPS **122** are in a constant gain control state, the power of an optical signal fed to a light receiving element in receivers Rx **124** may vary.

In a transmission line having optical amplifying apparatuses as illustrated in FIG. **25**–**27**, it is possible to determine whether or not all the optical fiber amplifiers in the path managed by a receiving end (Rx) on the transmission line have their attenuation fixed and their optical gain maintained at a constant level. Once it is determined that all the optical fiber amplifiers have their optical gain maintained at a constant level, information indicating the same is sent to the transmitting end (Tx) via the backward path, whereupon a variation in the number of channels can be started.

The following is an example of the operation flow in a transmission line having optical amplifying apparatuses as illustrated in FIGS. **25**–**27**, for processing a variation in the number of channels.

(1) A signal warning of a variation in the number of channels is issued from the upstream SV transmitting end (SVTx).

(2) Monitor signal processing circuit **70** of each OAMP receives the signal warning of the variation in the number of channels.

(3) Each OAMP starts "freezing" the operation of the associated optical attenuator.

(4) Each OAMP completes a freezing operation of the associated optical attenuator and sends downstream information indicating that the constant optical gain control is started by carrying that information on the monitor signal (an identification number for identifying the individual OAMPs is also inserted on the monitor signal).

(5) The upstream SV receiving end (SVRx) acknowledges that all of the upstream OAMPS are in the constant optical gain state.

(6) The downstream SV transmitting end (SVTx) announces that all the upstream OAMPs are in the constant optical gain state.

(7) The downstream SV receiving end (SVRx) acknowledges that all the upstream OAMPS are in the constant optical gain state.

(8) The upstream transmitting end (Tx) actually varies the number of channels.

(9) The upstream SV transmitting end (SVTx) issues information indicating that the variation in the number of channels is completed.

(10) The monitor signal processing circuit **70** in each OAMP receives the information indicating that the variation in the number of channels is completed.

(11) Each OAMP cancels the freezing operation for freezing the operation of the associated optical attenuator and proceeds to the constant optical output control.

(12) Each OAMP sends downstream information indicating that a shift to the constant optical output control is completed, in the form of the monitor signal (an identification signal identifying the individual OAMPs is also sent).

(13) The upstream SV receiving end (SVRx) receives the information indicating that all the OAMPs have processed the variation in the number of channels.

**21**

(14) The information indicating that all of the OAMPs have processed the variation in the number of channels is sent to the transmitting end.

FIG. **28** is a timing diagram illustrating the above-described operation flow.

Therefore, in the processing of the variation in the number of channels, a wavelength-multiplexed optical fiber amplifier is temporarily stopped from performing an automatic level control function and, instead, is made to perform a constant gain control function, or to cause the optical amplifying apparatus, as a whole, to perform a constant gain function.

However, in an optical communication system, it is usually necessary to maintain the power of an optical signal supplied to a light receiving element at a constant level. Although a variation in the input power due to polarization variation occurs under conventional circumstances, the control for maintaining the optical gain of the optical fiber amplifier at a constant level causes the power of the optical signal supplied to the light receiving element to vary.

This problem can be overcome by demultiplexing the optical signal into individual channels, and controlling the power level of the individual demultiplexed channels.

More specifically, FIG. **29** is a diagram illustrating a portion of an optical communication system, according to an embodiment of the present invention. Referring now to FIG. **29**, a demultiplexer (DEMUX) **125** demultiplexes a wavelength-multiplexed optical signal into individual channels to be received by individual receivers **126**. An optical preamplifier **127** and an automatic level control unit **128** is provided for each channel, so that the associated receiver **126** receives an optical signal at a constant power level.

According to the above embodiments of the present invention, an optical attenuator or an optical amplifier can be controlled to provide a constant gain while the number of channels in a wavelength-multiplexed optical signal are being varied. In this case, the gain G can be in the range (0≦G≦1). Thus, an optical attenuator can be controlled to provide a constant gain by maintaining a constant ratio between the input and the output of the optical attenuator.

According to the above embodiments of the present invention, a rare-earth doped optical fiber used in an optical amplifier, where the dopant is erbium (Er). However, the present invention is not intended to be limited to an erbium (Er) doped optical fiber. Instead, other rare-earth-doped optical fibers, such as a neodymium(Nd)-doped optical fiber or a praseodymium(Pd)-doped optical fiber, may also be used, depending on the wavelength involved. Further, for example, the various photodiodes disclosed herein can be replaced by phototransistors.

According to the above embodiments of the present invention, specific embodiments of automatic gain control circuits and automatic level control circuits are disclosed. However, the present invention is not intended to be limited to any specific circuit configuration for these circuits, or for other circuits disclosed herein. Instead, many different circuit configuration can be used.

Moreover, according to the above embodiments of the present invention, an optical attenuation is used to provide a variable attenuation. There are many different types of known optical attenuators, and the embodiments of the present invention are not intended to be limited to any specific type of optical attenuator.

Although a few preferred embodiments of the present invention have been shown and described, it would be appreciated by those skilled in the art that changes may be made in these embodiments without departing from the

**22**

principles and spirit of the invention, the scope of which is defined in the claims and their equivalents.

The invention claimed is:

**1**. An optical transmission system comprising:

a transmitting terminal transmitting a wavelength division multiplexed (WDM) optical signal having a variable number of channels associated with different wavelengths; and

an optical amplifier which amplifies the WDM optical signal from the transmitting terminal with a gain and outputs the amplified WDM optical signal, the optical amplifier including:

an optical attenuator which controls a level of the amplified WDM optical signal,

an optical filter which makes the gain substantially even with respect to said different wavelengths, and

a controller which controls the gain to be approximately constant.

**2**. An optical transmission system as in claim **1**, wherein the controller controls the gain to be approximately constant during variation of the number of channels in the WDM optical signal.

**3**. An optical transmission system as in claim **1**, wherein the optical amplifier comprises:

a first stage optical amplifier which amplifies the WDM optical signal; and

a second stage optical amplifier which amplifies the first stage amplified WDM optical signal.

**4**. An optical transmission system as in claim **1**, wherein an attenuation level of the optical attenuator is changed to control the level of the amplified WDM optical signal.

**5**. An optical transmission system as in claim **3**, wherein the optical attenuator is positioned between the first stage optical amplifier and the second stage optical amplifier.

**6**. An apparatus comprising:

an optical amplifier which amplifies a wavelength division multiplexed (WDM) optical signal having a variable number of channels associated with different wavelengths with a gain and outputs the amplified WDM optical signal, the optical amplifier including:

an optical attenuator which controls a level of the amplified WDM optical signal,

an optical filter makes the gain substantially even with respect to said different wavelengths, and

a controller which controls the gain to be approximately constant.

**7**. An apparatus as in claim **6**, wherein the controller controls the gain to be approximately constant during variation of the number of channels in the WDM optical.

**8**. An apparatus as in claim **6**, wherein an attenuation level of the optical attenuator is changed to control the level of the amplified WDM optical signal.

**9**. An optical transmission system comprising:

a transmitting terminal transmitting a wavelength division multiplexed (WDM) optical signal having a variable number of channels associated with different wavelengths;

an optical amplifier which amplifies the WDM optical signal from the transmitting terminal with a gain and outputs the amplified WDM optical signal, the optical amplifier including:

an optical attenuator which controls a level of the amplified WDM optical signal,

an optical filter making the gain substantial even with respect to said different wavelengths, and

a controller which controls the gain to be approximately constant; and

US 7,227,681 B2

23

a receiving terminal receiving the amplified WDM optical signal from the optical amplifier.

**10**. An optical transmission system as in claim **9**, wherein the controller controls the gain to be approximately constant during variation of the number of channels in the WDM optical signal.

**11**. An optical transmission system as in claim **9**, wherein the optical amplifier comprises:

a first stage optical amplifier which amplifies the WDM optical signal; and

a second stage optical amplifier which amplifies the first stage amplified WDM optical signal.

**12**. An optical transmission system as in claim **9**, wherein an attenuation level of the optical attenuator is changed to control the level of the amplified WDM optical signal.

**13**. An optical transmission system as in claim **11**, wherein the optical attenuator is positioned between the first stage optical amplifier and the second stage optical amplifier.

**14**. An apparatus comprising:

an optical amplifier which amplifier a wavelength division multiplexed (WDM) optical signal having a variable number of channels associated with different wave-

24

lengths with a gain and outputs the amplified WDM optical signal, the optical amplifier including:

a first stage optical amplifier which amplifies the WDM optical signal and outputs the first stage amplified optical signal,

an optical attenuator which controls a level of the first stage amplified WDM optical signal and outputs the controlled WDM optical signal,

an optical filter making the gain substantially flat with respect to said different wavelengths,

a second stage optical amplifier which amplifies the controlled WDM optical signal and outputs the amplified, controlled WDM optical signal, and

a controller which controls the gain to be approximately constant.

**15**. An apparatus as in claim **14**, wherein the controller controls the gain to be approximately constant during variation of the number of channels in the WDM optical signal.

**16**. An apparatus as in claim **14**, wherein an attenuation level of the optical attenuator is changed to control the level of the amplified WDM optical signal.

*   *   *   *   *