32191/15319/DVD/MWM     ARDC# 6204705

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TELLABS OPERATIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 3379 |
| | ) | |
| v. | ) | Judge James F. Holderman |
| | ) | |
| FUJITSU LIMITED, et al., | ) | Magistrate Judge Jeffery Cole |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that we have on September 5, 2008 filed Defendant Fujitsu Limited's Answer and Affirmative Defenses to Plaintiff's Complaint, Counterclaims Against Plaintiff and Tellabs, Inc. and Demand for Jury Trial with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

By:   /s David C. Van Dyke
One of the Attorneys for FUJITSU NETWORK COMMUNICATIONS, INC.

CASSIDAY SCHADE LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois 60606-2903
(312) 641-3100

The undersigned certifies that on September 5, 2008, the following described documents were served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5. Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

/s David C. Van Dyke

32191/15319/DVD/MWM
Tellabs Operations, Inc. v. Fujitsu Network Communications, Inc.

**SERVICE LIST**

David T. Pritikin
Richard A. Cederoth
Brian C. Bianco
Sidley Austin, LLP
One South Dearborn Street
Chicago IL 60603
(312) 853-7000
(312) 853-7036 (Fax)

James P. Bradley
Pro hac Vice
Mark A. Dodd
Pro Hac Vice
Kelley A. Conaty
Pro Hac Vice
Sidley & Austin LLP
717 North Harwood
Suite 3400
Dallas TX 75201
(214) 981-3300
(214) 981-3400 (Fax)

David E. Wang
Pro Hac Vice
Mark Stirrat
Pro Hac Vice
Orrick, Herrington & Sutcliffe, LLP
4 Park Plaza
Suite 1600
Irvine CA 92614
(949) 567-6700
(949) 567-6710 (Fax)
dwang@orrick.com
mstirrat@orrick.com
ajansen@orrick.com

Jeffrey A. Miller
Pro Hac Vac
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park CA 94025-1015
(650) 614-7400
(650) 614-7401 (Fax)
jmiller@orrick.com

Robert W. Dickerson
Pro Hac Vice
Jae H. Kim
Pro Hac Vice
Orrick, Herrington & Sutcliffe, LLP
777 S. Figueroa Street
Suite 3200
Los Angeles CA 90017
(213) 629-2020
(213) 612-2499 (Fax)
rdickerson@orrick.com
jhkim@orrick.com

7157992 DVANDYKE;MPALUMBO